UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Desmond M. McWhorter_

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

_United Nation - NY, NY_

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☑ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

SDNY PRO SE OFFICE
RECEIVED
2022 FEB 23 PM 1:11

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Companies running Monopolies

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Jerrod M. McTyer_ , is a citizen of the State of
(Plaintiff's name)

_United States of America_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Desmond M. Wotherpen_, is a citizen of the State of
(Defendant's name)

_United States of America_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _United States of America_

and has its principal place of business in the State of _United States of America_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Desmond_               _M._                    _Wotherpen_
First Name              Middle Initial          Last Name

_296 North Ave_
Street Address

_Manhattan_                          _N.Y._            _N.Y._      _07111_
County, City                         State             Zip Code

_____              _____
Telephone Number                     Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Big River Steel    ( In United Nations)
First Name                Last Name

Current Job Title (or other identifying information)
2627 State Hwy 198 Osceola AR 72370
Current Work Address (or other address where defendant may be served)

County, City                State                Zip Code

Defendant 2:    C Mayo Inc Custom Metal Fabrication ( In United Nations)
First Name                Last Name

Current Job Title (or other identifying information)
105 W Robinson Ave Springdale AR 72764
Current Work Address (or other address where defendant may be served)

County, City                State                Zip Code

Defendant 3:    Metal Mart    ( In United Nations)
First Name                Last Name

Current Job Title (or other identifying information)
4400 W 65 Pine Bluff AR 72015
Current Work Address (or other address where defendant may be served)

County, City                State                Zip Code

Defendant 4: _Reed's Motels_   ( _In United Nations_ )
              First Name              Last Name

Current Job Title (or other identifying information)

_2655   Interstate 30_

Current Work Address (or other address where defendant may be served)

_South Benton_              _AR_              _72015_
County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _United States District Court Southern District of New York_

Date(s) of occurrence:

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Re-organizing  the  listed entities  -  See Attachments_
_Re-organizing  the  United Nations  to  order  each  entity  to  provide  services  to  me._

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____ None _____ —_____
_____
_____
_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____ Service Agreements _____
_____
_____
_____
_____

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 2/23/21 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Desmond | M. | Wotherspoon |
| First Name | Middle Initial | Last Name |
| 296  Ninth  Ave | | |
| Street Address | | |
| N.Y | N.Y | 07114 |
| County, City | State | Zip Code |
| | | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Plaintiff,
Desmond M. Buffington
-vs-
Defendant

('08 number)

Big River Steel : 2027 state Hwy 198 Osceola AR 72370
C Mayo Inc Custom Metal Fabrication, 105 W Robinson Ave Springdale AR 72764
Metal Mart : 9400 US-65 Bus Pine Bluff, AR 71601
Reeds Metals : 17655 Interstate 30 South Benton, AR 72015
Marathon Metals : 1960 N Mt olive Rd Gravette AR 72736
Midsouth Metal Supply llc : 520 E Garland st Paragould, AR 72450

Lockesburg Ar Sevier County

To sponsor plaintiff with manufacturing a steel machine that cups/makes Sacred Park buildings (a.Y. iN.Y.)
Defendant(s) to sponsor plaintiff with 2 cuppers at listed address
Terms and conditions are subject to change. Lifetime buckwheat

Plaintiff
Desmond M. Wilborn                                    Cox Number:
vs.
Defendant(s)

Core Mark Metals: 10353 Helw Field Rd Fort Worth, TX 76179
Short Iron Store Steele & Supply: 1128 Blue Mound Rd W Side 201 Haslet, TX 76052
Texas Iron and Metal Co: 865 Lockwood Dr Houston, TX 77020
Steel America: 912 Pelphrey Dr Longview, TX 75604
Texas Metal Tech: 12100 Bammel North Houston Rd Houston, TX

5F Ranch Alvord TX Wise County TX 2,169 Acre
Ventura Ranch County Rd 107 Ozona, TX Crockett County TX
Stone Basin Ranch Ozona, TX Crockett County, TX 3, 265 Acres

Listed defendant(s) to sponsor plaintiff with manufacturing/delivering 2 request machines at each
                                                                        to listed address
To manufacture steel machine cappers to make Tribeca Tower Leasing Apts 105 Duane st, NY, NY
To manufacture steel machine cappers to make Barclay Tower Apt Building 10 Barclay st NY, NY
To manufacture steel machine cappers to make Liberty Plaza 10 Liberty st NY, NY
                                                                (45 Floor cappers)
Terms and conditions are subject to change.  Didn't warrant

Plaintiff

Jerrad M. Witherspoon

-vs-

Defendant

case number:

MetalWorks: 205 Flynn Ave Burlington VT 05401

Capitol Steel & Supply Co. 115 Junction Rd Berlin, VT 05602

LdG Fabricators Inc 137 Harwood Hill Rd Bennington, VT 05201

2623 Highgate Rd Swanton, VT 05488

4025 Monument Hill Rd Hubbardton, VT Rutherland County

Defendant(s) to sponsor plaintiff with 2 cappers a piece to listed address

Terms and conditions are subject to change. Lifetime Coverage

Plaintiff
Kenneth M. Nothingers
-vs-
Defendant

Case number

Harrison Concrete; 1803 Skunk Hill Rd Fairfax, UT 05454
Breed Concrete Products, 1133 UT-14 White River Junction, UT 05001

The Project Plan Shop Plan 006X-0001

2623 Highgate Rd Swanton, UT 05488
4625 Monument Hill Rd Hubbardton, UT Rutland County

Defendant(s) to sponsor plaintiff with 2 of listed item to each property above
Terms and conditions are subject to change without advancement

Plaintiff
James M. Wittkopp
-vs-
Defendant

Case Number

2625 Highgate Rd Swanton, VT 05488 Property ID 4125733872 Landlord/both
Brick Copper                                          703 Acres
          The Project Plan Shop Plan 006X-0007        Water-power
                                                      Sewage-tank
                                                      Electric power
                                                      & gas-like sub-state

4025  Monument Hill Rd Hubbardton, VT Rutland Cecil, VT Property ID 1486343 Y 8
Brick Copper  The Project Plan Shop Plan 006X-0007    445 Acres
                                                      Water-power
                                                      Sewage-tank
                                                      Electric-power

483.06 Acres in Iron County Cedar City UT Property ID [obscured] 133 L Y 271
Brick copper  The Project Plan Shop Plan 006X-0007 Land And Farm  water-power
                                                                   sewage-tank
                                                                   Electric-power

Property ID 9163933  Land And Farm Winnemucca, NV Co3yne Comercial farm
Brick copper  The Project Plan Shop Plan 006X-0007                water-power
                                                                   sewage-tank
                                                                   Electric-power

Plaintiff as 100 percent owner of listed property Current tenants have 90 days to end
Terms and conditions are subject to change Lifetime Covanants

Plaintiff,
David M. Catterson

Defendant

Case Number

Saline Bluff South Pasture Lockesburg, AR Sevier County AR
473 Acres  Project ID M956240
Brick
Cupper)  The Project Plan Shp 006X-007

Hurricane Creek Ranch  Sheridan AR Grant County  Project ID 13962939 Land Bnd Farm
Brick Cupper   The Project Plan Shp 006X-007          402 Acres

18507  State Highway 217  Charleston, AR  Franklin County AR  Project ID 1555046
Brick Cupper   The Project Plan Shp 006X-007   Land Bnd Farm

Hwy 82 W  Lake Willy, AR  71653  Chicot County  Project ID 1256234
Brick Cupper              1080 Acres     Lands of America
                   The Project Plan Shp 006X-007

00  Blue Rock Rd  Altheimer, AR  72004  Jefferson County  Project ID 1913946  316 Acres
Brick Cupper   The Project Plan Shp 006X-007    Lands of America

TBD  County Rd  440  Boydsville, AR  72454  Clay County  Project ID 1075-389
Brick Cupper   The Project Plan Shp 006X-007   Lands of America 1040 Acres

i555  Portland Rd  Plumerville, AR  72127  Conway County  Project ID B0715B
Brick Cupper   The Project Plan Shp 006X-007   Lands of America

TBD County Rd 440 Boydsville AR 72454  1,070 Acres
landwatch.com/clay-county-arkansas-farms-and-ranches-for-sale-pid-460056826

Plaintiff as 180 past owner of listed property tenants have 90 days to exit property.
Terms and conditions are subject to change without business.

Plaintiff
Jonrul M. Withington
Defendant

Case number

Kingsbury Companies: 58 Center Rd Middlesex, VT 05602

Degging Piping

2623  Highgate Rd  Swanton, VT 05488   203 Av
4025  Monument Hill Rd  Hubbardton, VT  Rutland County VT  445 Av

To  spoil  plaintiff with listed services at listed address
Terms  and  conditions are subject to change Within Warrant

Plaintiff,

Demud M. Kathinga

vs

Defendant

Case number

Ash Grove Cement C: 4457 Hwy 165 Foreman, AR 71836

Razorback Concrete Co: 1502 Benton Ave  Searcy, AR 72143

Smith's Ready Mix: 146 Malvern Rd Arkadelphia, AR 71923

Archivaldesigns.com: Grey Hawk House Plan

The Plan Collection 116-1010

Drummond House Plan: Ashcroft, Darmok, Dovercourt, Cheve, The Perlview

The Wentworth, Betz House Plan Portas

TDD  County Rd 440  Boydsville, AR 72454  1,070 Acres

To supervise plaintiff with requested house plans on requested address

Terms and conditions are subject to change between guarantee

Plaintiff
Desmond M Luttenger

[illegible]

Case number:

Simcoe Island Frontenne Islands, on with 2Yo Canada 44. 154434-7658798
to 4415763G-76541221 to 44153278,-76542478 + 4415547-76547371

Asphalt Peak

Seven Ontario Canada 44.717788,-79.380994 to 44.718795,-79.386884
to 44.726362, -79.380914 to 44.719444,-79.590427 back to beginning

Territory 3two

Township Pulse Garage

Water-front
Sewage tank
Electric power
Satellite Sub-Station

Current tenant(s) have 90 days to exit property
Plaintiff as 100 percent owner of listed property
Terms and conditions are subject to change without document

Plaintiff

Desmond M- Wilkerson

Defendant(s)

Case number

6133 County Road 34 Mount Perry OH 43760 120 Acres land south.cms
Brick Cappers                                                    MLS 4346901

2655 Sanford Road Lot #4 Pos Pittsfield P.A Warren County PA Property ID 15249402
Brick Cappers                                                           91.45 Acre

3.76 Acre   207 Saw Mill Rd Weatherly, PA 18255 Carbon County
Brick Cappers

152 Acre Franklin County MO Arden, MO Property ID 14356403 landandfarm
Brick Cappers

Stone Basin Ranch Ozona TX Crockett County TX 31205 Acre
                       Property ID 7029814 land And Farm
Brick Cappers

Valverde Ranch County Road 107 Ozona TX Crockett County TX 1781 acres
                              landandfarm Property ID 25580921

5P Ranch Alvord TX Wise County TX 7,609 Acres Land And Farm Property ID 14345127

State Line Rd Brodhead, WI 53520 Rock County Property ID 12529529 lands of america
                                                              1929 Acre

Plaintiff as fee parent owner of listed property. Current tenants have 90 days to exit -
Terms and conditions are subject to change. Listbroker (coverage)

Plaintiff                                                                    Case Number
Howard M. Wittberg

Defendant(s)

San Juan Mountain Ranch Montrose, Co Montrose County Land and Farm   1166 Acres
Architectural Design: 7269110A  81089w                    Property ID 1225674
                      72742DR  81107w        Geo Dirt Hill
                      63609 HD  81421w                              Water-Sewer
                      80173PM  56935TX                              Sewer-Septic
                      81242w                                        Electric-Sewer
                                                                    Satellite Subststn
                                                                    In-Ground Well Water

1748 Acres in Pueblo County, Co Property ID 14565256  Land and Farm
   Geo Dirt Hill
   Architectural Design: 83543PM  83164314                          Water-Sewer
                        77746LD  85123m5                            Sewer-Septic
                        57211 HH  705 43m16                         Electric-Sewer
                        81095w                                      Satellite Substn
                                                                    In-Ground Well Water

Co 2d 103 Thomas, Co  Land and Farm  Property ID 9652357  1454 Acres
   Geo Dirt Hill
   Architectural Design: 81048w  81072w                             Water-Sewer
                        81083w  81278w                              Sewer-Septic
                        81049w  7246DA                              Electric-Sewer
                        81095w                                      Satellite Substn
                        7260 13DA                                   In-Ground Well Water

O   Swails Rd Tabortown Ave Felling Road Terre Haute, IN 47803  Virgo Land
         Land Watch  Property ID 412423453  560 Acres)
   Six Flags

7101 South 250 East Columbus, IN 47201 Bartholomew County 500.8 Acre
         Land Watch  MLS Number PDB 12747
       Six Flags

Plaintiff as 100 percent owner of listed property. Tenants have 90 days to exit property.
Terms and conditions are subject to change. Leases covenant

Plaintiff,

Deimar M. Sutherpen

Defendant

(case number)

State Hwy 73 ~~~~~~~~~~~~~~~~~ Acre landlords

16th Ave   Lot #6P001   East Patreorylon, Wi 54620   Polk County   55.14 Acres
Yorku stockthim                    (ands of Spencer Property ID R639626
Stopki Condo - Amduue Dove hill Arena

N 4366  County Rd M  Avon Linden, Wi 54961  Ashgonoria County   9305490  200 Acre
(uppers)              Property ID 9305490              (ends of America

0000 Highway 47 Poy Sippi Wi 54967  kewshore County  Property ID 8319986
(uppers)            202 Acres                    (ands of America

0  Beland Valley Rd  Arcadia, Wi 54612  Buflalo County  Property ID 5292535
(uppers)             730.8 Acre                  Lands of America

State Hwy 127  Portage, Wi 53901  Columbia County  Property ID 10148215  241.73 Acres
(uppers)                                         lands of America

Superior Wi 54880  Douglas County  2414.18 Acres in Douglas County, Wisconsin
(uppers)                     Lands of America   Property ID 8372789

25700 Spencer Wells Rd  Bend Or 97702  Deschutes County  Property ID 1317557/8
              83,341.05 Acre              Lands of America

269 Acres  Union County IL  Ware IL  Union Cook  Property ID 15749730  lund and Farm

Plaintiff as fee percent owner of listed property. Tenants have 90 days to vacat property
Terms  and conditions are subject to change Lifetime Covenants

Plaintiff

Jenni M. Inthavapo

-vs-

Defendant(s)

Peri : 200 Airport Dr Mansfield, TX 76063
    3D Construction Printing machine for Liberty Plaza: 10 Liberty St NY city

Peri : 12150 S Paulina St Calumet Park, IL 60827
    3D Construction Printing Machine for Barclay Tower: 10 Barclay St NY city

Peri : 1475 Port Way Woodland, WA 98674
    3D Construction Printing Liberty Plaza: 10 Liberty St NY, NY

Peri : 3500 Boulder St Pleasanton, CA 94566
    3D Construction Printing Machine for Barclay Tower: 10 Barclay St NY, NY

Peri : 15369 Valencia Ave Fontana, CA 92335
    3D Construction Printing Machine for Liberty Plaza

Peri : 14950 Broadhaven Forest Parking Suit 550 Houston, TX 77032
    3D Construction Printing Machine for Barclay Tower

Peri : 18914 Independence Blvd Groveland, FL 34736
    3D Construction Printing Machine for Liberty Plaza

Peri : 11 Elkins St South Boston, MA 02127
    3D Construction Printing Machine for Barclay Tower

To sponsor plaintiff with requested Machine
Terms and conditions are subject to change without Guarantee

Plaintiff
Desmond M. Witherspoon
Defendant(s)

Case number
1:19-cv-02903-cm
United States of America

7 547  Charlotte Pkwy Orlando Fl    Mobile Trailer    Project Plan Ship Plan OSCB-coll
                                                    Satelite Sub-station    Pipe Scheme
                                                                            Water-fause
                                                                            Electric-fuse
                                                                            Sewage tank

497  blue Poltoma bay Orlando

3530  Algoma Rd #3  Green Bay Wi  .74 Acres  Project Plan Ship Plan OSCB-coll D
                                            Satelite Sub-station    Pipe Scheme
                                                                    Water-fuse
                                                                    Sewage tank
                                                                    Electric fuse

1325  Seabrook Plantation Way North Myrtle Beach, SC  The Project Plan Ship Plan OSCB-coll
                                                        (steel ship)

Jomo  Island Dr Lot 7  North Myrtle Beach SC  The Project Plan ship Plan OSCB-coll
                                            Satelite Sub-station    (steel ship)
                                            Electro fuse           Water-fuse
                                            Pipe Scheme            Sewage tank

1105  N Ocean Dr Blvd  North Myrtle Beach SC  The Project Plan Ship Plan OSCB-coll
                                            Pipe Scheme            (steel ship)
                                            Satelite Sub-station    Water-fuse
                                                                    Sewage tank
                                                                    Electric fuse

612  Canal Dr  Carolina Beach, NC  Project Plan ship Plan OSCB-coll (steel ship)
                                    Satelite Sub-station    Water-fuse
                                                            Sewage tank
                                                            Electric fuse
                                                            Pipe Scheme

1211  Mackerel Ln  Carolina Beach Nc  Project Plan Ship Plan OSCB-coll (steel ship)
                                        Satelite Sub-station    Water-fuse
                                                                Sewage tank
                                                                Electric fuse
                                                                Pipe Scheme

1/2410  Cove Lane Home, VA 226 39 Fauquier County  Landwatch Property ID 410632082
        Brick Cuppen                                                    7,000 Acres

7500  Ironwood Ln Warrenton, VA 24186 Fauquier County  147, 71 Acres Property ID 28989630
        Brick Cuppen                                                    landwatch

Delta Junction Southeast Fairbanks Borough Ak Property ID 412654378  Landwatch

Plaintiff as 100 percent owner of all above listed addresses
Terms and conditions are subject to change Listen Forward

53.244167, 44.863538  to  53.259316, 44.806841 to
53.270507, 44.860480 to 53.253617, 44.346414 Russia Penzenskaya oblast
Six Flags Great Adventure

Plaintiff as 100 percent owner of listed property. Current tenants to exit property in 90 days
Terms and conditions are subject to change Whole business

Plaintiff
Desmond M. Luthringer
v.
Defendant(s)

Case numbers

5005 Ireland Grove Rd Bloomington, IL 61705 McLean County Property ID 1826143
Six Flags                                           502 Acres        Lands of Bounces

Fremont Mi 49412 Newaygo County 1267.54 Acres Property ID 12334568
Houx Plan                                           Lands of Bounces

Country Rd 232 Florence Tx 76527 1467 Acres Williamson County Luthrath
Houx Plan                                           Pid 14125 78655

3640 Bower Rd Winnie Tx 77665 Chambers County 537 Acres Luthrath
Six Flags

580 Ac Rock Rd Ridgeway Wis 53582 Iowa County 580 Acres Luthrath
Six Flags                                           Property ID 31726077

1929 Ac W Doyle Rd Brodhead Wi 53520 Rock County Luthrath Property ID 33330035
Houx Plan                                           Water town
                                                    Schney Rd
                                                    Elestin town

617 Acres TCT of 250th St & Co 15 Rd Brook, MN 56715 Luthrath Property ID
Six Flags                                           333830384

Plaintiff as the percent owner of all above Property, current tenant to exit property in 90 days
Terms and conditions are subject to change like the turnout

Plantiff

James M. Witherger

Defendant(s)

0 Curry Road Tract #6 Macarthur, OH 45651 Vinton County 29 Acres
Land of Abrams Property ID 12230-824

Ohio Bullets NBA Team

Stephs Center

South Crown Hill Rd Orville, OH 44667 Wayne County Property ID 41396023 27.15 acres
Land of Abrams

Yankee Stadium

Ohio Browns MLB Team

3 Industrial Parkway Marysville, OH 43040 Union County Land of Abrams Property ID 13224147

Ohio Stars NFL

Lambeau Field

0 St Rd 129 Milan, IN 47031 27.23 Acres Landbatch Ripley County IN

Indiana Colonials NBA Team

South 750 E Lot # Wfield La Fayette, IN 47909 Landbatch

Indian Wranglers NFL Team

Lambeau Field

2247 E 600 S Anderson, IN 46017 Madison County 27.12 Acres Landbatch
Yankee Stadium    MLB Team

Indiana Robins

W Franks Street Sullivan, IN 47882 Property ID 41054202 3 Landbatch 24.07 Acres
Yankee Stadium    Amateur Baseball Team

Indiana Breakers

Plantiff as 100 percent owner of listed property Current tenant to exit property in 90 days
Terms and conditions are subject to change Lifetime Guarantee

Case number

Mariah,
Samuel M. Wittington
Whitehill

Tom and Brad Trawick Rd Brinson, GA 39859 Seminole County
Brick                Lands of Amana Property ID 9353447 1.011 Acres
Cupper

State Highway 122 Lakeland, GA 31635 Lanier County Property ID 797577
Brick Cupper                                              Lands of Amana 3.006 Acres

O Swalls Rd Terre Haute, IN 47803 Vigo County Property ID 13033177 Lands of Amana
Brick Cupper                                              510 Acres

Carbon, IN 47837 Clay County Property ID D161246  725.17 Acres Lands of Amana
Brick Cupper

7101 South 250 East, Columbus IN 47201 Bartholomew County Property ID 870086
Brick Cupper

5987 Wild Rice Rd Lot #WP09 Baudette, MN Lake of the woods county MN  630 Acres
         Cupper                        Land And Farm  Property ID 14687800

230th St NE Lot #1-Pool Goodridge, MN Marshall County MN  Land And Farm  380 Acres
                                                  Property ID 15026JV

Plaintiff as the parent owner of listed projects. Current tenants have 90 days to exit property
Terms and condition are subject to change without warrant

Plaintiff
Leonard M. Witherspoon
-v-
Defendant(s)

Case number
1:19-co - 02903-CM
United State of America

303 Molly Cooper Rd Virginia Beach, VA .33 Acres
The Project Plan shy Plan 0508-0011

7938 Alpine Rd Roanoke VA 24019 Blue Ridge Mountain
The Project Plan shy Plan 0503-0017 (Steel shop)

00 Weaveley Rd Lake Placid NY 12946 43 Acres

408 Charley Hill Rd Schroon Lake, NY 12870 Essex County NY 4.57 Acres (Manufacturing Complex)
Racket    200 Richards Run Burlington Township

100 Harrison Dr Edinboro, PA 16417 Erie The Project Plan shy Plan 050B-0017
                                              Sink hole Sub-station    PVP scheme
                                                                        Water-tower
                                                                        Sewage Tank
                                                                        Electric tower

Corner of church And 5 Main Rd Mountain Top, PA 18707 The Project Plan shy Plan 050B-0017
    Pipe scheme                Sinkhole Sub-station                        (Crank wood)
    Water-tower
    Electric tower
    Sewage tank

30 Chestnut grove Rd Dilldary, PA 17019 York County 10 Acres Wood Plant (Cut Down trees)
    Pipe                Electric tower                                      Crop 11.1
    Water-tower         Sinkhole Sub-station
    Sewage tank

13.54 Acres in Tioga County Pa Lot Don Cullahan 21 Wellsbro, PA 16901 (Manufacturing Complex)
    Pipes               Electricity tower
    Water-tower         Sinkhole Sub-station
    Sewage tank

5945 Canyon Heights Ln Los Angeles CA. Hollywood Project Plan shy Plan 0508-018 (Steel shop)
    Pipe scheme    Sewage tank    Sinkhole Sub-station
    Water-tower    Electric tower

Ash Ln Lot 11 Logan city, 73 Acres American Dept House Plan Narrow Lot House Plan 2557-00768
                                        Sinkhole Sub-station        Pipe scheme
                                                                    Water-tower
                                                                    Electricity tower
                                                                    Sewage tank

4703 W Leann Ave Tampa Fl 33611 Hillsborough County The Gray Plan shy Plan 0126-0021
                                        Sinkhole Sub-station        Pipe scheme
                                                                    Water-tower
                                                                    Electric tower
                                                                    Sewage tank

1030 S Clearview Ave Tampa Fl .32 Acres House Plan shy shop 0500-0011


Plaintiff as 100 percent owner of all listed addresses
Terms and Conditions are subject to change Within Government

Plaintiff.
Bernard M. bitberger
Defendant(s)

Case number!

303 Mills Cooper Rd Virginia Beach .33 Acre

00 Weavrelley Rd Lake Placid NY 12946 43 Acre

408 Charley Hill Rd Schroon Lake, NY 12870 Essex County NY 9.37 Acre (Manufacturing Complex)

Mars warehouse manufacturer          Chemical manufacturer
Pepsi warehouse manufacturer         Steal warehouse manufacturer
Frit-Ly warehouse manufacturer       Rubber Tire warehouse Manufacturer
Sharp warehouse Manufacturer
RCA warehouse manufacturer

30 Chestnut grove Rd Dillsburg, P.A 17019 York County 6 Acre
Wood Plant For cutting down trees only

1334 Acres in Tioga County P.A Lot Dan Gallahein Rd Wellsboro, P.A 16901 (Manufacturing complex)
Mars warehouse manufacturer         Plexi-glass manufacturer
Ralph Lauren warehouse manufacturer
Guess warehouse Manufacturer
GAP warehouse manufacturer
Surge Soda Warehouse Manufacturer
Nautica warehouse manufacturer
Sports equipment Manufacturer ect.

Plaintiff as 100 percent owner of listed projects
Terms and conditions are subject to change. Whether Owner.

Plaintiff. Desmond M Luckenga..

Defendant Will United Nations

Point Ready Mix Water Ryann 4 Desmon Responsiblet Survey Square
53.132646 , 44.824808  to  53.091627, 44.863262 to  53.126115, 44.830=554
back + begining   Archival Design Hautimate House Plan Add Index Red /Heated Floors
Staples center

Surve. Kirkberg : 6/6/as   Respo has W/o Pay. Point land Survey square
Archival Designs ~~kildone~~ Place House Plan  Gravel Front Yard. Backyard Heated Floor (Inground por)
53.029908 , 44.775834   to   53.624113, 44.542447  to  52.834056, 44.580766
to  52.970752 , 44.704245  back to begining

Listed defendants to Construct above requests at requested point
Listed companies to Space plaintiff with staples center at requested point
Terms and conditions are subject to change.

Case number:

Plaintiff
Demirial M. Witherspoon
-vs-
Defendant(s)
United Nation

Mos- Wwad : Rublevskoye chosse, 151 Kupnye 3CTPOEHUE 10 Mascow, Russia,
56.025668, 38.555350 to 56.02792, 38.54003 to 56.037296, 38.558 523
to 56.044255, 38.551570 back to begining Meguski District Mascow oblast ( House Plans)
Wwad Source: Varshauskaye Hwy A 78 YK Mascow, Russia 117/05
55.274683, 40.03632 to 55.275723, 40.091913 to 55.267231, 40.104677
to 55.205734, 40.10882 back to begining shatunsky District ( House Plans)
Russia Forest : Ulitsa Ryabau 4- 5, Penza, Penzo Oblast, Russia 4yauy
53.231074, 45.012304 to 53.287905, 44.274727 to 53.290396, 44.072257 to 53.289223
45.009095 back to begining Bessonovsky District Penza oblast ( House Plans)
Russia Forest: Ulitsa Poselkaway 15 Oryol, Gryol oblast Russia 2024
52.885544, 36.07223 to 52.808066, 36.110186 to 52.807033, 36.109421 to 52.890108,
36.072325 back to begining (House Plans)
Tomlesdrev: Z-K Moceatok NTTK, 108/3 Tomsk, Tomsk oblast Russia
56.564330, 85.037567 to 56.567507, 85.050476 to 56.56603, 85.08711
back to begining 50 Handcrafted Log Homes

Listed defendant(s) to sponer plaintiff with requested items at requested projectiar
Terms and conditions until subject to change Upon Consent

Architectural Design House Plans

21619DR (Grey)          14619RH (Green #)      72869DA #          4496GDB #
21737DR (Grey)          15628GE                72874DA #          8160cW #
21809DR (Grey)          15676GE                70555MR #          80728PM#
14592RH (Green/Timber)  5964ND                 92025V3 #
1461qRH (Green/Timbr)   594ND                  28628GE #          80554PM#
18627GE (Timber)        62720(Brick)           28614GE #(Tan)
21510DR                 23406JD #              28613GE #(Whit/Grey) 80573PM#(Town
21491DR                 23470JD #              70535MR #(12x Acre)             House)
21468DR                 2350JD #              710372BTZ #(Whit/Green) 87293HHA#(Brick)
5964ND (Brick)          23535JD #              72845DA #(Brick)
5941ND (Brick)          23508JD #              6865VVR #(Whit/Tan) 570P8BR #(Brick)
5993ND (Brick)          23585JD #             72977DA #          8041PM #(Brick)
21186DR (Violet/Townhus) 23551JD #            6865VR (Whit/Tan)  8054APM#
5746HA (Brick)          23365JDH Townhus      28007NJW)(Townhus) 8047PM#(Grey/
5715HA (Brick)          7776cD (Timbr)        90725PM #                    Bench)
5724HA (Brick)          8145LB (Green/stone#) 8665PM # Townhus 80137PM#(Brick)
5738HA (Brick)          8935rWH (Brick)       80705PM # Brick  8649PM#(Brick)
5427LK (Brick)          8333rSH (Brick)       88752JH #        80202PM#(Brick)
5422LK (Brick)          8344SH (Brick)        710153BTZ #(Brick) 86092PM #(Brick)
20113GH (Brick)         23317JD #             710 1868T26     80024PM#(Brick)
2017LGH (Brick)         884JJSH #             710082BTZ #(Brick) Y61c0PM (Brick)
2109JDR                 23360JD #             70589MW #(Brick) 598JcND (Brick)#
3521L6H (Log)           8372GJH #(12x Acre)   92316MK #        5907ND (Brick)#
35005GH (Log#)          882GWSH (Tan #)       9234T7MK #        596 77ND (Brick)#
39020ST                 88350SH (Tan #)       9942MW #        596 78ND (Brick)#
39161ST                 2387JJD (Tan #)       41046DB #        89788ND (Brick)#
35024GH (Log)           23 46JD #             41503DB #(Tan)  59804ND(Brick Townhus)
15869GE                 23505JD #             4055JDB #        59824ND#(Brick Townhus)
16833WG                 23490JD #             4063JDRX        561 5ToND#Stone
14592RH (Green/Timbr)   28575JD #             40875DB #(Tan) 57949ND#(Brick Townhus)
590cND(Log)             6069ND (Brick)        4001SDB#(Brick Townhus)
62610JT(Townhus)        36090GK #             400GWW #(Brick) 59203ND#(Brick)
7806JDA1(Roll)          463c4CA #(Grey)      4006SWM#(Brick) 59220ND#(Brick)
                        236JJD #             4007Gwm #(Brick) Plan59053ND(Log)
                        2764JDF(Whit)        8012PM(Whit)  8045PPM(Whit)
                        2637DR(Whit)         8196PM(Whit)  88245H(Grey)
                        21012DR(Grey/Blue)

Architectural Design's Plan?

1471RII          4440276DN          72007708 (White)      2172260R
76724MU         44404760M (Grey)     9110067VB (Grey/Tan)   21737DR
34006578        44402160M (Grey)     88545H (Red Brick)     2151708 (Brick
76536TWR        14733RK (Tan)        88875H               1277464MA (Tan)
14708RI (Tan)   14710RK (Tan)        882054               1434788K
44405760NV (Wooden)  4441660N        9209500 (Timber      1214851 (Brick)
14704YRK (Tan)  440052 60N (Tan)     8 8720U              1217772L (Brick
16991WE         4440276DN (Tan)      7200060R + (Tan)     1272852L (Brick)
4442460N (Tan)  6230305 (Tan Pathway)  613620T (Tan)      1223152L (Brick
51838H2 (Tan)   68716UR (Tan Pathway)  9101144VT D (Tan)  1224852
5647D5M         62890OT (Tan Pathway)  624470 J (6 Manufacture)?
1470RK (Tan)    62955DT (Timber Pathway)  6295505 (Timber  1206052L (Brick
76503GTWR (Tan)  62890OT (Timber Pathway)  1473341U (Tan)   1206052
                 72005IDA (Tan Pathway)  14742RK (Tan)      1208052
4441660DN        68744VR (Grey Pathway)  71025072 (Blue
444030GDN        68773UR (Brick Pathway)  68629UR (3 story shingle lot)
444200460N       6377WUR (Stone Pathway)  23325J D (Blue
44406760N (Stone)  686570R (Tan Pathway)  86001HVLD         23287GTD
4441660N (Stone)  6293105 (Tan Pathway)  71011872          23247D
4440196DN        62570JT (Timbo Barn)   2354J5D (Townhouse)  232187D
44405760N        44404660DN (Tan Brick)  120785L (Brick    232727D
4441011GDN       4441660N (Grey Shingle)  120765L          232727D (Tan)
444076760M (Tan)  67702 2NVL (Blue      1214957L (Brick)   1172112
44405760N        70721M K (Tan         12160672           1172112
1477RK (Tan)     7663RR (White, Timber, Stone)  71625872  23085JD * (Grey)
1470611K (Tan)   68744VR (Grey Barbarian)  23132JD        2310TDX (Blue)
4441660N (Grey)  71045872 (Green       2334J7D (Tan)     23087500 (Tan)
14737RK          36007IDR (Tan)        21577D (Townhouse)  2178601 (Townhouse)
14703RRK (Tan)   72004IDA (Grey)       2200WL (Brick      98089D (Timber)  21840 DR (Tan)
                                                          99031W

Architectural Designs Hse Plan

62010U
62013U
62016U
62018U
62027U
62028V
62036U
62044U
62045U
62048V
62060U

6062 4ND *
6063 ND *
60669ND *
59944ND *
59966ND *(1200 Acre?)
46251LA *
46257LA *
46259LA *
46264LA *
51602MM *

254604: 864 sqft  2bed 1bath
805PFPA  613 sqft  1bed 1bath
21477DR  1,108 sqft  1bed 1bdl
4200 2WNT 710 sqft  1bed 1bath

The Plan Collection  Htl/Townhse/Apt  p.3

* 142-1057      * 141-1254    * 108-1845
  153-1585     * 141-1169    * 153-1051
* 153-1324     * 153-1385    * 126-1051
* 138-1915     * 153-1571    * 153-1595
* 153-2017     * 153-1137
* 153-1838     * 120-2029    * 137-1257
                 * 153-2018

The Plan Collection

760 sqft  2 bds  2bth   Plan 138-1315
800 sqft  2bds  1bth   Plan 138-1024
733 sqft  2bd  1bth    Plan 138-1331

Plaintiff Jerome M Witherspoon vs John Doe(s)

Pycckaя Nmett Ne : Tekerskiy Pereulok, N.Y CP1

Mbscow, Russia 127013

D - 8102          D - 9102          D - 8806          63-88071
D - 88071         D - 8109          D - 7804          60 - 8907
D - 8807          D - 7805          D - 8908          P- 8102
D - 1010          D - 8808          D - 881           P- 9802

Gorod Domsdedovo Moscow oblast Russia : 55.281024, 3790497 to
55.298762, 3780949 + 55.298574, 3785732 + 55.20704, 3781655
back + begining)

Houses Penza   Kalinina street 9, office 48  Penza, Russia

K - 382   K-034
K - 380   K-352   K-377
K - 379           K-373          K-064          K-366    K-861
                  K-372          K-050          K-364    K-354
                                 K-367          K-360    K-356
K-069     K-354
K-348     K-372   K-049   K-315
K-348     K-341   K-346   K-310(Ferrahovse)      K-305   K-293   K-031
                  K-314   K-075(Brick)   K-366   K-277   K-039
K-002     K-079          K-013   K-301   K-080   K-082
                  K-122   K-013   K-270   K-288   K-105 K-100

Penza oblast Russia  53.123285, 44.485673 to  53.143682, 44.516069
+ 53.017493, 44.537052 to  53.047607, 44.447581 back + begining

Plaintiff is 100 percent owner of listed property
Terms and conditions are subject to change. Unless barred

_...rth M. Wittorgan_
_Defendant(s)_

Norway, New York  43.210357, -74.904147  to  43.21895, -74.905536  +
43.219875, -74.902784  +  43.21735, -74.902412  +  43.21759, -74.90050
+  43.210805, -74.8998515  back to beginning

Cut Trees down pile wood on land make wood plant
Wood Yard (Plant)

Johnson, New York  43.351251, -75.103121  to  43.353199, -75.103407  +
43.353272, -75.105784  +  43.351214, -75.10501
Wood Plant for cutting trees making wood plank

Perry, Vermont  42.868108, -73.16957  to  42.867933, -73.159248  +  42.87162, -73.159...
42.87122, -73.158762  +  42.878867, -73.158700  +  42.87824, -73.16040 back to beginning
Wood plant for cutting trees making wood plank

*as present owner of listed property. Terms and conditions are subject to change

without ...

Plaintiff
Jermal M. Witherspoon
Defendant(s)
United Nations

Gunther Construction/Architecture Inc. 4475 County Rd P Oshkosh, WI 54904

Wis-Pak office

O  Tulsen Ridge Rd Menasha, WI 54755

Quassius 1202 N South 8th Street Sheboygan, WI 53081-0727
Lakeside Rest
Vollrath Company distribution Center

O  Tulsen Rdg Rd Menasha, WI 54755

Listed defendant(s) to sponsor plaintiff with inspected merchandise to requested address
Terms & conditions on what to charge. Listserv businesses

Case number

Plaintiff
Jeremy M. Witherspoon
Defendant(s)

Scot Industries: 810 Nebraska st Muscoda, Wi 57593

5 plants to County Hwy E Richland Center, Wi 53581  181.1 acres

Ark Alloy Metal Fabrication Services: 325  South Park st Reedsburg, Wi  May?

2 plants  to  0 Tulson Ridge Rd Mondovi, Wi   80 acres
Black
Steel

Dittrich Welding & Fabrication 101  Kingswood Dr Mankato, MN  Sheet
Black Plant  to   1 W 6th st Lonsdale, MN  55046   79.5 acres

O'Brien Steel Services Co: 725 Commercial st Lacon, IL 61540

Plant (uncoated plant) Delivered to Zy acr 19th Ave East Illinois city, IL 61235

Plaintiff as 100 percent owner of listed acres
Listed companies to sponsor plaintiff with requested merchandise at listed locations
Terms and conditions are subject to change Letter Guaranteed

Plaintiff
Desmond M Watkinson
Defendant(s)

181.1 Acres  County Hwy E  Richland Center, Wi 57581  zillow mis: 1907822

Steel plant          Dig 15" ft Down          Water tower
wood plant                                     Sewy tank
Brick plant                                    Electric fair
Cement plant                                   Sat lit Sub-Station
Dirt Plant

8 Julson Ridge Rd  Mondovi, Wi 54755  zillow mis: 1558248  80 Acres
                                                    Buffalo County
Lakeside Reps.                                  Water tower
Volbooth Company Distribution Center           Sewy tank
Wis Poll office                                Electric fair
                                               Satelit Sub-Station

1 W 60th St  Lonsdale, MN 55046  zillow mis: 6121627  28.5 Acres
Brick Plant                                    Water tower
                                               Sewy tank
                                               Electric fair
                                               Sat-lit Sub-Station

Rock Island County IL 83.85 Acres  Coalvatch Coal Valley, IL 61240
        TAX ID  17-35-200-024                  Water tower
        Brick Plant                            Sewge tank
                                               Electric fair
                                               Sat lit Sub-Station

24909 190th Ave West  Illinois city IL 61259  landwatch property ID 414868246
        20 Acres                               Water tower
wood plant                                     Sewy tank
                                               Electric fair
                                               Sat lit Sub-Station

Plaintiff as the parent owner of listed property
Terms and conditions are subject to change L later borrowed

Plaintiff
Lamont M Jennings
vs
Defendant(s)
United Nations

Case number

K Farm Holdings llc  Fremont, Mi Newaygo County, Mi  120.54 Acres
Property ID 1554715  Landlot Farm
Geo dirt Peak
Water-Tower
Sewage-Tank
Satelite Sub-Station
Electricty Tower

2800 Sand Creek Hwy Petrum, Mi 49221
Dirt Plant
Water-Tower
Sewage-Tank
Satelite Sub-station
Electricty Tower

Kingsbury Rd Lot # WRØ01  Delton, Mi 49046 Barry County, Mi  43 Acres
Weed Plant
Water-Tower
Sewage-Tank
Satelite Sub-station
Electricty Tower

Fransden Rd Lot # WR01  Albernbrockk 62001 32.72 Acres  Landlockk
Dirt Plant
Water-Tower
Sewage-Tank
Satelite-Sub-station
Electricty Tower

8000 18th Ave Litchfield, IL 62052  30 Acres
Weed Plant

4017 Hwy 51 Harshaw, Wi 54529 Oneide County Property ID 9487250 Landlockk
Housing Community (Dirt Hill)  1,700 Acres

Logerquist Rd Sturgeon Bay Wi 54235  MU 137747  20 Acres  Teffer
Weed Plant
Water-Tower
Sewage-Plant
Electricty Tower

7611 County Rd Z Maribel, Wi 54227 Manitowoc County  70.58 Acres
Weed Plant
Water-Tower
Sewage-plant
Electricty Tower
Satelite Sub-Station

Plaintiff as 100 percent owner of listed property
( Terms and conditions are subject to change Listing buyout

Plaintiff,
Desmond M. Wotherspoon
Defendant(s)

Case Number

Pottstown, New York 42.990.837 -78.494098 to 42.9905412,-78 495704 to
42.920715,-77.493824 + 42.929759, -72.493878 back to beginning
Veterans Hospital / Parking Garage

Electric four
Sewage Tank
Solid Waste Sub-Station
Water four

Wall Kill, New York 41.609406,-74.19447 to 41.686689,-74 149281
(Orange County) 41.606436,-74.145135    41.669817,-74 148362 back to beginning
Department of Defense

Electric four    Solid Waste Sub-Station
Water- four
Sewage tank

Shawangunk, New York 41.611870,-74.149781 to 41.612072,-74 149690 to
(Ulster County) 41.69915,-74.148289 to 41.612005,-74 149777 back to beginning
State Police
State Police Parking Garage

Electric four
Sewage tank
Solid Waste Sub-Station
Water four

Madison, New York 43.053968,-74.82143 to 43.052877,-74 827074 to
43.052713,-74.82842 back to beginning
2 Manufacturing Complexes

Water four
Sewage tank
Solid Waste Sub-Station
Electric four

Madison, New York 43.053218,-74 818698 to 43.051809,-74816760 to
43.05154,-74.808780 + 43.052750,-74808036 back to beginning
2 Manufacturing Complexes

Water four
Sewage tank
Solid Waste Sub-Station
Electric four

Plaintiff as 100 percent owner of listed property (current tenant have 90 days to exit
Terms and conditions are subject to change (Update unknown)

Case number!

Plaintiff
Edmund M Auckerman
vs
Defendant(s)

Wallkill Area Yds   41.462932, -74.23318  +  4146081, -74.237012  +
41.461572, -74.290089

TROIN YARD

Water lines
Sewage tank
Sub Ivt Sub-Stat'n
Electric lines

Plaintiff as 100 percent owner of listed property Tenants have 90 days to evict property
Terms and conditions are subject to change Lifetime Owner

Tartaglia : 5867 East Molloy Road Syracuse, N.Y. 1304

    Hi-Rad Installation

    Signal Installation

Wallkill, N.Y  41.462832, -74.288718 to 41.462471, -74.282412 to
        41.464582, -74.290089

Listed defendant(s) to sponsor plaintiff with listed requirements.
Terms and conditions are subject to change. Lifetime Guarantee

Plaintiff
Jerraud M. W. Harget
Defendant(s)

Case Number

Tuxedo NY 41.207824, -74.183546, to 41.212848, -74.183607 &
41.207821, -74.184845 back to beginning
Family Home Plan                                                    Water-line
Garage Plan 60033        Brick Plant    DEA office         Sewage-tank
          60037          Steel Plant    ATF office         Electric line
          58869                                            Solid Substation

TRAIN Workers Garages. All Garage plans Front/back yard w/ white pickett fence
(May trip trains) Place Tunnel to each Train

Niagara Falls New York 43.108742, -79.047962, 43.108756, -79.047135 to
    43.108776, -79.047185 to 43.108303, -79.047646 back to beginning

Family Home Plan    Garage Plan  44148   47085 | All Garage plans Front/Back yard
The Garage Plan shop              44148         Fence Around backyard
Garage Plan 0066-0174            44149
         0346-0015              44277
         0 260-023              41125         Water line
         0516-0022              45182         Sewage-tank
                                              Electric line
                                              Solid Substation

TRAIN Workers Garages
(May trip trains) Place Tunnel
All Garage plans front/Back Yard w/ white pickett fence

Port Huron Chunker Twp Mn. 48060   42.962803, -82.457460 +
   42.965624, -82.457778 to 42.965602, -82.46678 to
   42.964907, -82.460652 + 42.964948, -82.461885 + 42.962814,
   -82.461718
The Garage Plan shy Plan 0626-0208, 0626-0227, 0576-0078, 0126-0001
         0656-0040, 0726-0035, 0066-0116, 0506-0026, 0856-014
         0506-0098, 0506-0095, 0656-0037, 0756-006, 0076-0016
         0516-0125, 0126-0095, 062M-005
Train Worker Garages   All Garage plans Front/back yard w/ Fence Around backyard
(May trip trains) Place Tunnel
                                              Water-layer
                                              Sewage-tank
                                              Electricity fence
                                              Solid Sub-Station

Plaintiff as 100 percent owner of total property. Tennents have 60 days to evict
Terms and conditions are subject to change others Guaranteed

Plaintiff
Jimmie N. Witherspoon
Defendant(s)

Case number

Audubon Gardens Indianapolis, IN 46218  39.818534,-86.070403   to
39.819185, -86.069780

America's Best House Plans Garage Plan (Craftsman) 6082-00184 to be placed
39.818805,-86.070036 (In between the two above listed points)

Capacity fence to stop cars from Crashing

water-tower
Electric tower
Sewage tank
Schedule Sub-station

Moraine Ohio 39.698862,-84.236403 to 39.698838,-84.236318  to
39.678602, -84.236287 to 39.697650,-84.236475 back to beginning

(2) Architectural Design House Plan 36007BDK 8-Car Garage Apt w/ three other on property

Capacity Fence to stop cars from Crashing

water-tower
Electric tower
Sewage tank
Schedule Sub-station

Hempfield Twp. P.A. 40.330520,-79.651778 to 40.330373,-79.651523 to
40.330123,-79.651890 to 40.330240,-79.652110

2 Architectural Design House Plan 62911DT

Capacity Fence to stop cars from Crashing

water-tower
Electric tower
Sewage tank
Schedule Sub-station

Plaintiff as lea parcel owner of listed property. Current tenants have 90 days to exit
Terms and conditions are subject to change without Command

Plaintiff,
Jimmy M Whitney
Defendant(s)

Case number

Avtozavodskiy Rayon Primorskii, Samara oblast Russia
55.583105, 49.197290  to  53.518635, 49.204907  to
53.513447, 49.188929  to  53.512451, 49.194586  back to beginning
Brick Plant

Water-sewer
Sewer tank
Electric line
Sukhik Sub-Stations

Molodezhnyi Khabarovsk Krai Russia 681060 50.767679, 136.887060
to  50.586640, 136.887812 to 50.361117, 136.889798 to 50.364981, 136.889856
back to beginning

Steel Plant
Brick Plant
Wood Plant (only for cutting tree wood)
Cement Plant
Asphalt Plant

Water-sewer
Sewer tank
Electric line
Sukhik Sub-Station

Plaintiff as the permit owner of total property (current tenants have 90 days to evict
(Terms and conditions are subject to change without fore-warning

Plaintiff,

Desmond M. Witherspoon

—vs—

Defendant(s)

Case number

Trent Hills Ontario Canada 44.417820, -77.764573 to 44.41722, -77.764220
to 44.41669, -77.765731 to 44.417405, -77.766160 back to beginning

Wood Plant

Electric Pane
Sewage tank
Water service
Sink-Tub Sub-station

Trent Hill Ontario Canada 44.416959, -77.764181 to 44.416757, -77.765158
to 44.415259, -77.764002 to 44.415467, -77.763537

Steel Plant

Electric tower
Sewage tank
Water tower
Side-Tub - Sub-station

Trent Hills Ontario Canada 44.415748, -77.763497 to 44.417231, -77.762789
to 44.417677, -77.764220 to 44.415261, -77.764660

Brick Plant

Electric tower
Sewage tank
Water tower
Side-Tub - Sub-station

Plaintiff is present owner of listed property. Current tenants have 90 days to exit.
Terms and conditions are subject to change. Lessor (owner)

CQ8 number

Lamont M Wethenpen
(Defendant)
United Nation

Oconto, Oconto, NE 68760  2,700.04 Acres  Landlords    water tower
Eco Dirt Hill   Brick Plant                          Architectural Drawings:    Electric fence
                Wood Plant                           27 07 0708  28 0190R    Sewage tank
                22 Gary Dow Manufactur (2)           26 0702M  28 0190PM  Septic tank Sub-station
                                                     21 0370R  28 455 PM   In-Ground Installation
                                          (40) 28 070R  28 52 05R
Logan County  Stapltn, NE 69163  1,786.77 Acres  Landlords    water tower
Eco Dirt Hill   Steel Plant  22 Gary Dow Manufactur (2)       Electric fence
                Wood Plant                                     Sewage tank
                                                              Septic tank Sub-station

1,7 04 Acres  Benkelman, NE 69021  Landlords    water tower
Eco Dirt Hill   Wood Plant                      Electric fence
                Asphalt Plant (Gravel, Dirt, Weeds)  Sewage tank
                                                     Septic tank Sub-station

Sidney, NE  Cheyenne County  1,870 Acres  Landlords    water tower
Eco Dirt Hill   Steel Plant                          Electric fence
                22 Gary Dow Manufactur (2)           Sewage tank
                                                     Septic tank Sub-station
                                                     In-Ground Installation

FarmFlip  FarmFlip ID 292616  Genoa, NE  Nance County, NE  20 Acres
        Department of State
        Department of Defense
        State Police
        State Police Parking
        2 manufactures (Steel) 1,1 Acres

4,589  Teal Red  Cozy Pine, NE 69210  Brown County, NE  21,85 Acres
        Wood Plant  for  wood Plank         FARMFLIP  FARMFLIP ID 291782

Plainview, NE 68769  Pierce County, NE  40 Acres  FarmFlip  FarmFlip ID 291089
        Dirt Plant
        Wood Plant  for wood Plank

Plaintiff 100 percent owner of listed property, Current tenants have 90 days to exit
Terms and Conditions are subject to change Listed Companys

Plaintiff

Demual M. Witherspo.

Defendant(s)

United Nation

Case number

Marathon St. Catherines, ON Canada, 43.141359, -79.213227 to
43.141015, -79.21334 to 43.14159, -78.21370 to 43.14158, -79.21007
back to beginning

The Garage Plan Shop Plan 0516-0045 + Plan 0516-0077

On train tracks

Grimsby Ontario, Canada 43.198636, -79.565716 to 43.197936, -79.565718 to
43.197547000 -79.565744 to 43.197600, -79.565845-

Move tracks       The Garage Plan Shop Plan 0256-0045 / 0396-0001
Move electric pole

on train tracks

Bessonavsky District Penza Oblat, Russia 53.249611, 44.821529 to
53.249860, 44.821706 to 53.249956, 44.821312 to 53.249724, 44.821105
back to beginning

The Garage Plan Shop Plan 0066-0115 / 0076-0022 / 0126-0019 / 0376-0023
On train tracks        0196-0020 / 0066-0166 / 0526-0009 / 0226-...

Plaintiff as 100 percent owner of listed property. Current tenants have 90 days to exit
Terms and condition are subject to change. Listed as foreclosed

Plaintiff,
Desmont M. Witherspoon
-v-
Defendant(s)

Case Number:

Tomsk oblast, Russia 56.564151, 85.029411 to 56.562635, 85.030366
to 56.560215, 85.621530 to 56.565261, 85.017546 back to begining
Strelan.com 5  1 garag

Oryol oblast, Russia 52.947791, 35.877223 to 52.946200, 35.878346
to 52.953321, 35.889430 to 52.953943, 35.890590 back to begining
5 Strelan.com            Woodplant   Coal plant
1 Garage                 Brick Plant
                         Cement Plant
                         Asphlt Plant

Penza oblast, Russia 53.157277, 44.933742 to 53.154958, 44.937798
53.148349, 44.926726 to 53.151149, 44.925632 back around to begining

Leninsky Distrit Moscow oblast Russia 115598  55.572414, 37.693620
to 55.572059, 37.695356, 55.571899, 37.701502 to
55.574121, 37.699348 back to begining
Woodplant    5 Strelan.com
Brick Plant  1 Garage
Cement Plant
Asphlt Plant
Steel Plant

Plaintiff as joint parent owner of listed property. Current tenants have 90 days to exit.
Terms and Conditions are subject to change. Labor Contract

Plaintiff,
Semual M. Featherson
-v-
Defendant

Case number

Curtis NE Frontier County Facility 1,504.52 Acres PID NE 732607
80156 PM  Architectural Design  32030 LA
44404 60N
M7.08 RL      81667AB (Brown)
70721 MK     M726 RK

Brady County Dunkelman NE  1704 Acres  Ranch Fly ID 804086  RanchFly
Architectural Design                America's Best Horse Plan
14717 PK  80760 PM  83358 SH  3082-00053   9401-00058  8317-00171
14718 RH  80431 PM  3822 03(Drum)  5631-00140  5445-00177  3518-00176
1185 YKN  80213 PM  11guyLN(Brown)  5445-00132  9941-00040  088-00035
                   80407 PM  14724RH(Blud/brown)  5445-00120  286-00157  088-00841
                                              110409

W 120 Road Bridge NE Keith County, NE  MIS GRADMR  122851
Dirt Hill  America's Best Horse Plan
          110-00740 (Brown)  2865-00084  6092-00152  6092-00414
          035-00005  9401-0002  8317-00685  402-01748
          8318-00033  041-00155  6092-00041(Brown)  6092-00161
                         699-00105  2857-00210(Brown)  6092-00161
                                    699-00113(Brown)  110-00194

Spragueville NE  Kaya Paha County, NE  Prepaid ID 1254473  3,647 Acres
Max Thees  America's Best Horse Plan      The Horse Flow Company
Dirt Hill  692-00115  963-00104  16896  69628  18043  40404   3 sewage Plants
          692-00114  402-00157  21582  86320  59269  7005   3 Electric towers
          6072-00010  854-00514  64651  58016  75M7         3 back-hoes
          110-00479  2554-00271  70030  6002   57833
          402-01503  5445-00443  30772  70287  58415

Harrington, NE Franklin County NE 1,212.71 Prepaid ID 35757747
80N07PM  Architectural Design
83359SH  88398SH  (brush)
83359SH  88226SH  77160LD  23792JD  6608 RAF  8170 6AB
3300 SCN  80434 PM  80591 PM  1274 MBR  4045 BD (rin)  6 064 4 RDF
                    88175 H  8301 3 BW

86638 Main Lake Rd, Annwalk, NE 6904  G, 7H
Dirt Hill

Plaintiff as 100 percent owner of listed property. Current terms how go does be exist
Terms and conditions are subject to change without knowledge

*Case number*

Tiruth(?)
Jenned M. Withered
Jim
Jakalalth

Fredonia Wisconsin 43.516137, -87951976 + 43.519168, -87.843357
43.819773, -8794682 to 43.713857, -8796692 to 43.518357
-87.950382 back to beginning

Steel Plant

Garage Plan Shop Plan 0066-0162   0066-0157   0656-0057   0516-0142
0126-0001   0516-037   0626-0112   0516-0056
0286-0048   0086-0005   0626-0450   0356-0020
0336-0010   0516-0022   0626-0173   066-0174
0346-0015   0656-0007   0508-0020
0516-0138

Architectul Design Plan 6257DT
7271-8DA
6958ZUR
2137051
6866NUR
6294TDT

79364   5 Zone W  Bothwell, ON N0P 1C0 Canada 42.584636, -81.929187
to 42.585300, -81.914750 to 42.585549, -81.920064 back to beginning

Steel shop/Plant
Wood Plant                                      Lookinglass
George funk
Electrical Jon

Architectul Design: 6294TDT (5)

House Plans: Plan 940-00263, 035-0002, 5272-0000
43-0260, 2802-0131, 940-0093
035-0003, 035-0707, 3H1-0045
035-0059, 6082-0189, 8032-0058
035-0077, 035-0678, 035-00525
035-0857, 035-0077, 035-0922
6549-0101, 067-0567, 940-0044
3414-0046, 035-0076, 035-0678

Plaintiff as the present owner of listed property. Current tenant have 90 days to evic(?)
Terms and conditions are subject to change. Within 60 minute(?)

Plaintiff.
Desmond M. Witherspoon

Defendant Hill

Case Number

Slash Broken Bar Ranch 42995 RCR44 Steamboat Springs, Co
Routt County, Co 1400 Acres Property ID 1383XXX27 Land And Farm

Gee Dirt Hill

Water Source
Electric Fence
Sewage Tank
Satellite Substation
In-Ground Well Water

Colorado Homestead Ranch with Two Homes in 1174 Acres County Rd 69
Canon City Co Freemont County Co Land And Farm Property ID 185XXXD

Gee Dirt Hill

Water Source
Electric Fence
Sewage Tank
Satellite Substation
In-Ground Well Water

Moffat County, Co 15.57 Acres Land And Farm Property ID MMMXXX

Gee Dirt Hill

Water Source
Electric Fence
Sewage Tank
Satellite Substation
In-Ground Well Water

Olney Springs Crowley County Co 1680 Acres Property ID 106417|0

Gee Dirt Hill

Architectural Design Plan 81086W      7729460 089QW
                         81182W        33125A        33577JA
                         81092W        93105A82
                         55035PR       089WW0

Land And Farm
Water Source
Electric Fence
Sewage Tank
Satellite Substation
In-Ground Well Water

Plaintiff is the parent owner of listed property. Tenants has 90 days to evict.
Terms and conditions are subject to change between ownership.

Plaintiff Demand in business w Defendant(s)                    Case number:

0000 NW 120th Rd Altha, FL 32421 162 Acr
N.J. Pow Center of Brick Plant (landwatch.com/bergen-County-kansas-farms-Ranches-for-sale/pid/408786065
Felton, Kent County DE Landwatch Property ID 409603276
1300 Upper King Rd Felton, DE 19943          48.7 Acres

N.J. PAC Performance Arts Center

0 Sontag Rd Rocky Mount, VA 27151 5242 Acres Landwatch
N.J. Pac Performance park        FRANKLIN County, VA

920 Northwest Suwanee Ave, Mayo FL 72066 Lafayette County 1778 Acres
FL Atkinson Airport/Ranch                   Landwatch
Cuppers

1970 113th Ave Vero Beach, FL 32966 780.81 Acres Indian River County
Six Flags Grand Adventure

5298 NE 122nd Dr Okeechobee, FL 34972 1852 Acres Landwatch
Cuppers

County Rd 209 Wildwood FL 24785 30.66 Acres Landwatch
N.J. PAC Performance Arts Center: landwatch.com/Sumter-County-Florida-
undeveloped-land-for-sale/pid/410503817

Plaintiff on fast Period on purchased listed property Current tenants have 90 days to exit
Terms and conditions are subject to change Litigious business

Cox navarker

Plaintiff
Demount Mr. Witherper
Defendant(s)

14700 SW Sandy Creek Rd Hardtner, KS 67057 Barber County Property ID 11774493
   1475 Acre                                                        Lands of Advance
      The Project Plan Ship Plan OOCX-0007

County Rd 12  Sedan KS 67361 Chautauqua County Property ID 70862222  1981 Acres
      The Project Plan Ship Plan OO6X-0007              Lands of Advance

S 4th Ave Lot # WP20 Mullinville KS 67109 Kiowa County Property ID 17331386 1,051 Acres
      The Project Plan Ship Plan OOCX-0007

276 th  Ave  Lot # W-P20  Hays, KS 67601 Ellis County Property ID 12765711  lands of Advance
      The  Project Plan Ship OOCX-0007                               1738.7 Acres

Southwest 205 Road Dodge City KS 67601 Hodgeman County Property ID X2X0Y17 Lands of Advance
      The Project Plan Ship Plan OOCX-0007

14700 SW Sandy Creek Rd Hardtner, KS 67057 Fort Worth 1475 Acres
      The Project Plan Ship Plan -OOCX-0007

271 SE 20 Ave Antthony KS 6203
      The Project Plan Ship Plan OOCX-0005

17886 23 Acres in Kane County at Kansas at 84701 Property ID17738725
   Great Souls Plant  houseplanpark, Plan 1018-00205  lands of Advance
   Great Peak                         3918-00049    X802-00491   035-00576
                                      94-04-00058    035-00608
                                      078-00571      509-00632
                                                     035-00579

Plaintiff a 100 percent owner of total property. Current tenants have 90 days to exit.
Terms and conditions are subject to change Without Knowing

Plaintiff,

Demson M. Witherspoon

Defendant(s)

cost number

SYS Alloy Steel Inc. 1821 Commerce Dr Tonganoxie, KS 66086

Shawnee Steel and welding 6124 Merriam Dr Merriam KS 66203

Brown Strauss Steel 802 Kindleberger Rd Kansas City KS 66115

HME Metal Sales 2921 NW Hwy 24 Topeka Ks 66611

Doherty steel Inc. 240 w 311th st Paola, KS 66071

Steel Manufacturing ) Fabrication Company 1700 bw 25 st Kansas City, MO

Hesston Machine ) Welding, Inc. 330 W Knott st Hesston Ks 62062

Harrison Machine Shop ) welding Inc. 806 S Kansas Ave Olathe, Ks 66061

14700 Six Sands Creek Rd Hartford, KS 62057

Listed companies to make 2 truck coppers at each address/ take to list property
To make 417 Grand st N.Y, N.Y. 417 Grand st, N.Y, N.Y
To make Barclay Tower 10 Brady st N.Y, N.Y. Liberty plaza 10 Liberty st, N.Y, N.Y
Terms and conditions are subject to change between contract

Plaintiff
Edmond M. Witharipon
for
Defendant

Case number

Central Plains Cement Company · 410 Adventureland Dr NE Altoona, IA 50009
Monarch Cement of Iowa Inc. 520 Park Ave Des Moines, IA 50321
Ash Grove Cement Co. 2105 Maury St Des Moines, IA 50317

The Project Plan Site Plan as GX-0003

1864 Acre Corbin IA 50241 Adams (axis)

To sponsor plaintiff with listed items & listed activity
Terms and conditions are subject to change. Worldwide licensure

Case number

Plaintiff
Samuel M. Witherspoon
-vs-
Defendant(s)

Wisconsin Metals : 200 Lilac Ct Reedsburg, Wi 53953

Londerville Steel enterprise Inc And Conteck supply 141156 Larchmont Dr Wausau, Wi 54401

Milwaukee Metal Products Co. 5400 W Florist Ave Milwaukee, Wi 53218

Mid-City Steel llc: 115 Buckner Pl La Crosse, Wi 54603

Central Steel & Wire Co: 500 S 85th St Milwaukee, Wi 53214

Dalco Metals Inc: 857 Walworth St Walworth, Wi 53184

N 4366 County Rd M New London Wi 54961 Outagamie County    200 Acres
6000 Highway Y9 Plum Siffr Wi 54767 Waushara County    2.2 Acres
0 Deland Valley Rd Arcadia Wi 54612 Buffalo Cent    230.8 Acres
State Hwy 127 Portage Wi 53901 Columbia Cnty    241.75 Acres
Superior Wi 54880 Douglas County    2440 Acres

Deleted Defendant(s) to sponsor plaintiff with 2 copies apiece to hold properties
Terms and conditions are subject to change Wholesale Guarantee

Plaintiff
Leonard M. Watkinson
Defendant(s)

1200.39 Acres in Graham County 22008 S Wells Rd Bonita, Az Property ID M461679
The Project Plan Step Plan OBEX-007                                     land And Farm

1280 Acres in Cochise County 1040 W Brangy Ranch Tombstone, Az Cochise County Hz
The Project Plan Shy OBEX-007          Property ID 10822253   land And Farm

1578 Acres McNeal, Az Cochise County Az Property ID M4068Y5 land And Farm
The Project Plan Step Plan OBEX-007

# Juan Miller Rd Clifton, Az Greenlee County Az Property ID 1047577 land And Farm
   Dragonfly Clean/Clear                                 72,108 Acres
   Mic    clean/Clear         3  10.00 Acre Asphalt Pents

# Aquarius Mountain Land Wikieup, Az Mohave County Az  6,801 Acre
Desert Sand Plant                    Property ID 1320347 land And Farm
Desert Sand Pronk

7309  State Hwy 97 Bagdad AzE 847354  Property ID 1318602Y
Desert Sand Plant           Dragonfly               land of America
Desert Sand Pearll

2804 New Haven Rd Oshoto, WY 82721 2,528 Acres Crook County
   landwithcoal/crook-county-wyoming-farm-and-ranches-for-sale pic)/41087930Y
Desert Sand Plant    Daywandr/Inground pool/Rental places/outdoor kitchen
Desert Sand Peal    HousePlans.com  M461Y48, 72-127, 72-181, 1-219, 116-217, 72-187
                      1340647, 72-89, 116-299, 1892-31, 72-239, 920-95,
                      72-338, 1-882, 72-158, 72,588, 920-101, 920355, 1-1092

Plaintiff as 100 percent owner of total property. Current tenants have 90 day to exit
Terms and conditions are subject to change. Lifetime Guarante

Plaintiff

Jermaine M Witherspoon

Defendant(s)

case number?

5300 South Crawford Rd Mount Pleasant, MI 48858  Isabella County  Property ID 550472.2
Yankee Stadium · American Baseball
Lands of America

VL E Eaton Highway Sunfield, MI 48890  Eaton County  Property ID 8128934  Lands of America
Summary Arena                                  27.6 Acres

5691 85th Street Northeast Monticello, MN 55362  Wright County  Property ID 1200362  2.2 Acres
Lands of America

County Rd Dr Monroe Wi  Green County  Property ID R4990121  Land And Farm  494 Acres
Copper    The Project Plan Ship  Plan 000X-007

1000 Pernin Hwy Brooklyn, Mi  Lenawee County, Mi  Property ID M476937  Land and Farm
Copper    The Project Plan Ship        241 Acres
Plan 000X-007

800 E Prairie Rd Delton, Mi  Barry County Mi  272 Acres  Property ID 1530562.3  Land And Farm
Copper    The Project Plan Ship  Plan 000X-007

20140 Maple  Saline Mi  Washtenaw, Mi  240 Acres
Copper    The Project Plan Ship  Plan 000X-007

1864 Acres  Carlton Rd 30341 Adams County  Lands of America  Property ID 13130246
Brick Copper    The Project Plan Ship  2 Plan 000X-0007

Plaintiff as 100 percent owner of property. Tenant has 90 days to exit property
Terms and conditions are subject to Change. Lidda Buwunk

Plaintiff
Jarrod M. Sutherlyn
Defendant(s)

Case number:

Metal Super Market: 4625 W McDowell Rd #140 Phoenix, Az 85035
The Metal Shop: 1110 S Home Mesa, Az 85204
Arizona Steel ) Ornamental Supply : 3237 W Van Buren st Phoenix, Az 85005
Southwest Steel Sales llc: 222201 N 23rd Ave Phoenix, Az 8507
Arizona Iron Supply Inc: 130 S 23rd st Phoenix, Az 85034
Valley Steel Supply : 8769 N 75th Ave Peoria, Az 85345
Smith Pipe & Steel Co: 735 N 19th Ave Phoenix, Az 85009
Allstate Steel: 2510 E Bell Rd #6 Phoenix, Az 85032
Advantage Metal Sales: 21605 N 26th Ave Phoenix Az 85027


Desert Dirt Plant (y)



Each defendant to sponsor plaintiff with requested items to specified address
Terms and Conditions are subject to change. Witness Concurrent

Plaintiff
Samuel N. Wilkerson
vs
Defendants

Case number

Michigan Steel Fabrication Inc. 5225 Energy Dr. Flint, MI 48505

Harbor Steel & Supply Corporation 1115 E Broadway Ave Muskegon, MI 49444

Yale Steel Inc. 13374 Fedds Rd Brooklyn, MI 49087

1000 Person Hwy Brooklyn MI   241 Acre
800 E Bristol Rd Delton, MI   Berry County   272 Acre
16140 Maple Saline Rd MI   Washtenaw, MI

Each defendant to sponsor plaintiff with 2 campers at listed address.
Terms and conditions are subject to change lifetime basement

Samuel M. Whitmyer
vs
Plaintiff

Quikrete: 2730 S 88th St Kansas City, Ks 66111
Talon Concrete-Bunker Plant: 517 S 3 st Kansas City ks 66101
Buzzi Unicem USA: 10495 East 53rd st in Bel Aire iKs 67226
Concrete of Topeka: 6130 SE Cardones St Topeka, ks 66619

The Project Plan chip
Plan 600XX-0007

To sponsor plaintiff with reported items to specified adder
Terms and conditions are subject to change without consent

Case number:

Plaintiff
Daniel M. Witherspoon
—v—
Defendants

Salt River Materials Group: 6001 Cement Plant Rd, Clarkdale, Az 86324
Drake Cement: 6001 Drake Rd, Paulden, Az 86334
Cemex: 9640 S 19th Ave Phoenix Az 85041

The Project Plan Step Plan 066K-007

Each defendant to sponsor plaintiff with request item to requested addition.
Terms and conditions are subject to change. Ldelmer Burrard.

Plaintiff
Desmond Mkdutherspan
-v-
Defendant(s)

Case Number

Des Moines Steel · 110 clark st Des Moines, IA 50314
Newport FAB & Machine 2670 Newport Rd NE Iowa City, Iowa 52240
Custom Steel Services Inc. 217 High Ave Ames, IA 50010
Steel Mart : 555 E 12th st Dubuque IA 52001
Central Iowa Machine Shop Inc. 801 w 9th Ave Marshalltown, IA 50158
Iowa Steel & Wire Co 1500 w Van Buren st Centerville, IA 52544
DAD Manufacturing Inc 999 North Washington, Luden, Iowa 52253
DHD Manufacturing Inc 1400 Industrial Ave Hiawatha, IA 52233

Brick Building Cuppen

1864 Three Carbon IA 50841 Adams County

Each defendant to sponsor plaintiff with 2 cuppers at hotel items to hotel activities
Terms and conditions are subject to change. Within lawsuit

Mandy
Jemal M. Wilkerson
Starbuck

The Steel Store: 1261 97th Ave Blaine, MN 55434
Olympic Steel: 13100 15th Ave N Plymouth, MN 55441
Midwest Steel & Aluminum: 14255 Tanos Rd Rogers, MN 55374
CoreMark Metals: 216 27th Ave N Minneapolis, MN 55411
South St Paul Steel Supply Co: 200 Hardman Ave N South St Paul, MN 55075
A2C Metals - Sawing Inc 9170 Davenport St NE Blaine, Minnesota 55449

152 Acre Freeborn County MN Alden, MN

5987 Wild Rice Rd Lot #th Paul Baudette, MN Lake of the woods County 680 Acres
230th St NE Lot #1 Post Goodridge, MN Marshall County MN 350 Acre

Listed defendant to manufacture steel machine cuppers to make Beasly Tower: 10 Beasly st NY, NY
Listed defendant to manufacture steel machine cuppers to make Liberty Plaza: 10 Liberty st NY, NY
Listed defendant to spins plaintiff with requested brick cuppers to listed address (each company 2 a piece to each address)
Terms and conditions are subject to change before Issument

Plaintiff
Samuel M. Whitaker
vs.
Defendant

(Case Number)

Steel of West Virginia : 17th st ) 2nd Ave Huntington, WV 25703

Tru Cut Fabricators 135 Vista Centre Dr Forest, VA 24551

Advantaged Machine & Tooling Inc : 5725 Arrowhead Dr Virginia Beach, VA 23462,

J. F. Fisher Sheet Metal Fabricator, Inc. 2301 old dominion st Richmond, VA 23224

Radford Welding & Fabrication : 500 Unruh Drive Radford, VA 24141

4 2410 Cove Lane Hume, VA 22639   Fauquier County Landlocked Property ID 6046 2082
                                                                                                          2.000 Acres,
7500 Ironwood Ln Warrenton, VA 20186   Fauquier County   M71.71 Acres

Listed debtor(will) to spare plaintiff with brick cuppers 60 flour a cupper at listed address (2 a piece)
                                                                                                                                            417 Grand St NY, NY
Terms and conditions are subject to change Lifetime Warrant

Plaintiff,
Deirani M. Witherspoon
-vs-
Defendant1

Stephens Pipe ) Steel Inc: 10732 Schald Rd   Mt Sterling, OH 47148
The Steele Store: 18687A Sheldon Road Middleburg Heights, OH 44130
Olympic Steel Inc: 22901 Millcreek Blvd Suite 650 Highland Hills, OH 44122
Central Ohio Metal Stamping: 1055 Claycraft Rd Columbus, OH 43230

6133   County Road N   Mount Perry   OH 43760   12~ Ave

To sponsor plaintiff with 2 Brick suppers at listed address To make 417 Grand st N.Y.
                                                                                      N.Y.
Terms and Conditions are subject to change Lifetime Warrant

Case number

Plaintiff,
Desmond M. Witherspoon
Defendant

)

The Metal Shop: 10555 86th Ave Suit D Pleasant Prairie Wi 53158
Wisconsin Steel & Tube Corporation: 1555 W Mayfair Rd Milwaukee, Wi 53226
Atlas Steel: 4843 S 6th St Milwaukee, Wi 53221
Wisconsin Metal Tech: 2161 Wi-175 Richfield, Wi 53076
Milwaukee Metal Products: 8200 W Florist Ave Milwaukee, Wi 53218
Mid-City Steel: 1115 Buchner Pl La Crosse, Wi 54603
Speedy Metals: 2505 S 162nd St New Berlin, Wi 53151

N4300 County Rd M New London, Wi 54961 Outagamie County
State Line Rd Brodhead Wi 535 Rock County 1979 Acres

To sponsor Plaintiff with 2 Brick Coppers on each property to make 417 Grand St N.Y. NY
Terms and conditions are subject to change within Buyout

Plaintiff
Demont M. Williams
Defendant

Case number

Warner Steel Sales Inc. 2623 E Raymond St Indianapolis, IN 46203
Steel House 1131 E 25th St Indianapolis, IN 46205
Chicago Tube ) Iron 8651 Robbin Rd Indianapolis, IN 46268
JL Squared Inc 5219 Elmwood Ave Indianapolis, IN 46203
Lenex Steel Company 450 E 96th St #100 Indianapolis, IN 46240

0 Swalls Rd Terre Haute IN 47803 Virgo County 560 Acres
7101 South 250 East Columbus, IN 47201 Bartholomew County. 506.8
Carbon, IN 47837 Clay County 725.19 Ackry

Listed companies to sponsor plaintiff worth 2 Brick campers at each property
(To make 417 Grand St NY, NY
Terms and conditions are subject to change Lakshire Brownah

Plaintiff,
Leonard Al Wotherspoon

—or—

Defendant,

Case number:

Metal Supermarkets Atlanta: 4801 Pleasantdale Rd ste J Atlanta, GA 30340
Disco Steel Supply of Georgia Inc: 615 Patrick Industrial Dr Lawder, GA 30680
King Steel Inc: 251 Hosea Rd #B Lawrenceville, GA 30046
Metal Fabricators Inc: 1174 McDonald Dr SE Atlanta, GA 70315
Metal Supermarkets Atlanta: 800 Atlanta S Pkwy #150 Atlanta, GA 30349
Ryerson: 4400 Peachtree Industrial Blvd Peachtree Corners, GA 30071
General Steel: 4131 Broadway Macon, GA 31206
Collier Metals Inc: 793 Windsor St SW Atlanta, GA 70315

Brick Coppers

Tom and Brady Traverick Rd Brinson, GA 39825 Seminole County 1,011 Acres and
Strik Highway 122 Lakeland, GA 31635 Lanier County 3000 Acres

Listed defendant(s) to sponsor plaintiff with 2 brick coppers at listed properties (of to make 467 Grand St NYNY)
Terms and conditions are subject to change whether license

Plaintiff,
Desmond M. Vercheye...

Defendant

Case number

)

Mainline Metals Inc. 21 Bala Ave Bala Cynwyd, PA 17004

The Steel Store: 751 Bessemer st. Meadville, PA 16335

Steel & Metal Service Center steel 1584 Bunting st Pittsville, PD 1790)

Alro Steel: 130 Kearney Cir York, PD 17406

Pennsylvania Steel Company: 1197 Lehigh Ave Whitehall, PA 18052

Marlo Metals: 21... Adams st Reading, PA

2655 Sanford Road Lot #4 Pool Pittsfield P.A Warren Cing. P.A 9145 Ave

370 Ave    217 Saw Mill Rd Leathersly P.A 18255   Carbon County

Listed defendants to sponsor plaintiff with 2 Brick Cuppers to Make 417-415-4115 Grand St NY, NY

Terms and Condition are subject to change Within however

Plaintiff,                                                                                    Pro's Nuvikw.

)

Metal Supermarkets Anchorage: 8575 Dimond ) Cir B Anchorage, AK 97507
Alaska Steel: 6180 Electron Dr Anchorage, AK 99518
SteelFab: 2132 Railroad Ave Anchorage, AK 97501
Weld Air Alaska Inc: 340 E Centaur Ave Wasilla, AK 98654

Delta Junction Southeast Fairbanks Borough AK 900 Acres

Listed defendants to sponsor plaintiff with 2 60 floor Brick Cuppers at held property
                                                                                    C 917 Grand St, NY, NY
Terms and conditions are subject to change Lifetime Guarantee

Plaintiff Raymont M. Witherspoon

Defendant(s)

Case number

local 1549; 125 Barclay st New York NY 10007

| | | | |
|---|---|---|---|
| Jennisa Johnson | Carisa Cruz | Patricia Butla | Shari Wallis |
| Efrain Perez | Gail Pluckhour | Mark Labron | Latrina Underwood |
| Avery Seawright | Monteze Haylett | Rita Rivera | Nina Morrissey |
| Eugene William | Paulette Costello | Brad Birnbaum | Patricia Yorke |
| Nick Hurt | Teisha Russell | Mikia Sherman | Nina Morrissey |
| Dianna Brown | Paulette Costello | Chrystle Bullock | Ralph Palladin |
| Felix Cacpa | Mark Gemson | Brenda Walker | Eddie Rodriguez |
| Felix Robertson | Arisleyda Estrella-Skinner | Wilhelmina Sipps | Brett Koch |
| Semih Reid | Gigi Chen | Jose Sanchez | Yolette Green |
| Arlene John | Michele Brown | Michael Butter | |
| Tommaya Brown | Jordan Wiggins | Felix Cares | |
| Tracy Martin | Lanema Shepard | Jodi McMillian | |
| Arlena John | Akim Robertson | Roxanne Smith | |
| Crystal Edwards | Tameka Ridley | Jennifer Garrido | |
| Tamaus John | Sophies S Edwards | Addie Tami | |
| Theresa Roms-Ulloa | Alicia Felder | Omar Rodrigo | |
| Melissa Tirado | Ashante Santiago | Lucky Perez | |
| Daniel Llanos | Jason Smith | Mark Arthur | |
| Eugene William | Kenneth Reid | Franca Gonzales | |
| Ricardo Read | Brad Birnbaum | Cathrein Espinal | |
| Leslie Boyce | Corette Pullin | Melchel Rodriguez | |
| Esther Toussaint | Patricia Butter | Sharon Hampton | |
| Desiree Fair | Makia Sherman | Shawn Wallis | |
| | Mark Labron | Dettan Maurer | |
| | Coretta Pullion | Anastasia Kellett | |
| | Texas Smith | Lautrim Underwood | |
| | Kenneth Reid | Sharon Hampton | |
| | | Dettan Maurer | |

To be heard; To be protected
Fair Housing, Fair Labor, Rusult + happiness, Freedom of speech, Fair trial, Right for cost + to be heard neutral

Terms and conditions are subject to change. Define Current

Plaintiff
Desmond M. Witherspon
-or-
Defendant(s)
United Nations

Case number:

Illyasah Shabazz
Attallah Shabazz
Qubilah Bahiyah Shabazz
Betty Shabazz
Malcom Lott Shabazz
Gamilah Lumumba Shabazz
Malaak Shabazz
John Madden

Defendants - Kinnamewed Schul District

Olsen, Janet      Stergerwald, Nicole
Opper, John       Swaninzen, Sara
Ostrowski, Troy   Vante, Tiffany
Patridge, Cathy   Wendel, Rebecca
Piatt, Alexis     Werzlinski, Colleen
Rakel, Barbara    Yaeger, Cindy
Roesch, Jill      Zeinert, Keith
Roew, Becky
Ragneski, Amy
Roche, Greg
Rudzan, John
Schmidt, Kelly
Schmidt, Sandy
Smith, Sally
Stadler, Julayne
Sveir, Ruth
Uttechti, Sara
Walter, Dianne
Wentben, Diane
Wick, Laurin
Yaeger, Paul
Olson, Jonatha
Osterbrink, Martha
Parker, Tammy
Patterson, Gary
Portal, Jenny
Rade, Debra
Rosch, Kayla
Rew, Brian
Rziek, Jason
Rogowski, Garrett
Schider, Alexis
Schmelbach, Kerry
Sorana, Gabby

Abraham Ancer's Golf Magazine

Take Pictures
To be placed on death Row immediatly, Right to police protection/fair trial /freedom of speach /case to be heard  revoked
(Terms) and conditions are subject to change Withdraw Bruewalt

Plaintiff Desmon M Witherspoon vs Defendant(s) United Nation    Case numbers

## Algoma School District #AS #ms

Mary Breitlow
Kim Carmody
Amy Cochart
Jeff DeMeuse
Shaw Duncan
Lori Everard
Alexis Ganger
Kristen Dombek Heyer
Kasie Holloway
Elisabeth Schimpyon
Andy KrautKramer
Michael Kruss
Nanette Kulm
Penny Lemberger
Clarissa Louy
Jennifer Massey
Eric Nelson
Brenda Pairslew
Tom Plagenz
David Robertson
Abigail Robinsen
Chris Robinson
Steve Schmiling
Amy Schoenberger
Kari Stewart
Heather Vande Wille
Wade Vandervest
Alex Von Lahen
Rene Velchek
Angela Weber

Kestie Horn
Erin Olson
Susan Salzsiedr
Matthew Abel
Jamie Allen
Erin Ballone
Holly Baumann
Mary Breitlow
Kim Carmody
Jeff DeMeuse
Shaw Duncan
Lori Everard
Kristen Dombek Heyer
Kasie Holloway
~~Elisabeth~~
Andy KrautKramer
Nanette Kulm
Penny Lemberger
Clarissa Louy
Jennifer Massey
Elizabeth McClun
Tom Plagenz
David Plagenz
David Robertson
~~Abigail Robinsen~~
Amy Robinson
~~Amy Schoenberger~~

## Yorkville Joint #2 School District

Abbott, Leah
Bolli, Morgan
Bryant, Lilly
Burgess, Cloe
Colinelli, Michelle
Elsner, Shannon
Genasee, Jeff
Haponowicz, Gab
Helblms, Danielle
Jacobson, Hannah
Kimonel, Katie
Langelin, Ashley
Leiteke, Laurel
Looms, Maggie
**Majer, Kassie**
Mantini, Leah
Meyer, Nathan
Nedrup, Scott
Nichols, Katie
Peroni, Diane
Phillips, Holly
Riley, Chuck
Rolloffson, Mark
Schaewer, Vicki
Schwartz, Shannon
Seix, Michael
Borchardt, Becky
Buchanan, Alice
Butterfield, Alex
Dembosky, Laura
Erdmann, Brien
Grimm, Amy
Haponowicz III Lukas

Henderson, Sue
Johnsen, John
Krawcheer, Carly
Lazewski, Karri
Less, Amanda
Lence, Dawn
Martinez, Tonja
Maydek, Erin
Narveli, Tracy
Nreader, Mary
Penchey, Kristin
Peterson, Amanda
Pretter, Merikay
Provost, Trenda
Ryers, Aynl
Schwarmen, Jens
Scott, Jason
Seitz, Rebecca
Shon Nicky, Dia
Ticha, Bill
Toras, Marcy
VanDehaker, Tracy
Sorenen, Stephanie
Streble, Amy
Tiderman, Kate
Tubbin, Hannah
Wes, Erin

Total defendant(s) to be honored. Citizenship right for one to be Heard, fair trial revoked Take Picture
Terms and conditions are subject to change Lifetym Guarantee

Plaintiff,
Desmond M. Watterpea

-vs-

Defendant(s) Under Notice

Case number

Wisconsin Heights School District

Rachel Elliott
Dr. Matthew Gran
Cheryl Krauko
Rachel Kreamer
Rebekkah Plano
Anna Ruhland
Dr. Dolan Sinz
Bill Sullivan
Dee Whalen

Black Earth Elementary School

Linda Acker
John Aldenhofen
Dave Austin
Angie Baker-Anstice
Sherry Bernien
Sydney Clark
Kara Condon
Kelly Crede
Rosemary Dowcher
Mary Jane Edeier
Lisa Floyd
Barb Foster
Stacie Fuchs
Amy Gran
Dr. Julie Horner
Kelly Howe
Elizabeth King
Kathryn Krath
Kelly Kraco

Marcie Kutz
Craig Carter
Elsie Maier
Dawn McCarthy
Emily McCarty
Scott Maze
Kelle Moran
Daylene Mojos
Beth Mulley
Marie Olson
Davina Marie Penne
Brian Popp
Kristi Poystu
Joyce Ruhland
Debra Schmidt
Lauri Schreeder
Rebecca Schwetz
Vanessa Sievert
Emalie Sheinbos
Allison Swenson

Julie Trager
Angie Updike
Joeanne Wahlgren
Courtney Warren

To be housed / Take Pictures
Freedom of speech, Fair Hearing, Fair trial, Right for case to be heard, right to a lawyer needed
Terms and conditions are subject to change Latham Guarande

Plaintiff
Herman M. Witthoeft
Defendant United Nations

eo2 number

<u>Whitefish Bay School District</u>

Abadie, Jessica
Ackermann, Rian
Ade, Barb
Aderholm, Martina
Albright, Katelyn
Alsch, Lisa
Altenburg, Gina
Alter, Sara
Amman, Adrianne
Anderson, Rebecca
Anderson, Stephanie
Andrus, Cherie
Annin, Christie
Aussem, Mary
Austin, Kyle
Bannink, Marcia

Barbeau, Bill
Bartolone, Lisa
Bartou, Kelly
Boyer, Jim
Baylor-Webb, Sharyne
Beck, Andrea
Beckwith, Jordan
Beivold, Sabine
Bhalanga, Ravi
Bjerkvold, Belinda
Boettner, Jennifer
Bonk, Susan
Bornheimer, Marie
Bowman, Lisa
Boyd, Webster

Brinckman, Bridget
Buchen, Jean
Buettner, Maya
Burmeister, Heidi
Buzzell, Veronus
Camacho, Mary
Carlen, Ken
Carter, Amy
Catty, Christine
Chen, Bryan
Chok, Paul
Clausen, Jen
Cole, Tosh
Collins-Patzke, Carrie
Comerford, Alicia
Commer, Olivia
Cost, Candace
Croal, Megan
Cross, Tierex
Cruz, Somath
Curran, Somath
Darisla, Jaled
Danaher, Patrick
Danforth, Solly
Davey, Luke
Dorsey, Lindsey
DeBoer, Donald
Debit, Margot
Delsea, Jenni
Deroo, John
DeToro, Annie
DeThloff, Cindy

Allner, Brooke
Doherty, Rebecca
Dornan, Marilyn
Drew, Rhondu
Driscoll, Lynn
Ellertson, Chad
Ensaldo, Jamie
Etten, Cathy
Evans, Karen
Fenza, Kellie
Flanagan, Ken
Finder, David
Fitzpatrick, Nina
Flanagan, Nicole
Foeckler, Jamie
Frahm, Austin
Frenzmeur, Scott
Freeman, Taylor
French, Diane
Freydank, Beth
Froemming, Michele
Frolond, Barb
Garbrecht, Jolen
Garcia, Somath
Gantzen, Tom
Getschel, Audrey
Gibson, Anni
Glee, Kathryn
Gilquhann, Tammy
Gleason, Yuki
Goddard, Don

Gorkowski, Aki
Gottlieb, Sarah
Gragnoni, Sarah
Gray, Roshalee
Grosenick, Paulin
Grace, Rachel
Gronan, Adrienne
Guglielmi, Lisa
Haase, Elizabeth
Haberkorn, Matthew
Hill, Sarah
Hammond, Heather
Hangel, Brad
Handschke, Avalla
Houshold, Emily
Houft, Stephanie
Hayes, Zach
Hecker, Allison
Heffron, Jayne
Heisler, Allison
Hellermann, Jon
Henningsen, Julie
Heylen, Kayla
Hill, Brookes
Hine, Michele
Hoffman, Chris
Horton, Kenn
Hovey, Dan
Hryniewicki, Dina
Joaque, Sandy
Jansen, Katie
Jirdy, Kim
Johnen, Ward
Johnston, Brent
Jones, Kristen

Jones, Susan
Jordan, Stephanie
Jornat, Dawn
Justman, Jennifer
Kadrian, Kristin
Kasmareck, Alex
Keenan, Ashly
Keane, Rachel
Kelens, Carin
Kemp, Tracy
Khatto, Bratto
Lindberget, Amber
Liny Drively, Leon
Jivi, Jennbo
Juhring, Carlos
Kniess, Liz
Kingsor, Katie
Loch, Becki
Kontansky, Abans
Kourlija, Milo
Kuskur, Paulo

Title Picture
To be Managed / Right + Freedom of speech / police protection / fair hearing / Cost to be heard reached
terms and conditions are subject to change without Warrant

Plaintiff,
Desmond On Witherspoon
Defendant(s) Windel Austin

Case number

## Wrightstown Community School District

Abrahamson, Hannah
Anderson, Sandra
Bach, Annette
Baeten, Becky
Baeten, Stephanie
Barrow, Jennie
Birchler, Brad
Bauert, Justin
Bowers, Keith
Boylan, Jennifer
Brachtrup, Justine
Buechler, Lynn
Caelwaerts, Bob
Carlton, Eileen
Christensen, Shawn
Collins, Amy
Cuene, Clare
Danou, Amanda
De-Mckenzie, Lisa
Duchow, Dori
Durecki, Lass
Ebert, Carley
Erickson, Derek
Federwitz, Eddie
Francois, Hthny
Ambrosius, Wendy
Andrade, Maria
Baerenwald, Jessica
Baeten, Kris
Bailey, Jill
Barta, Penny
Blaha, Taylor

Bley, Benjamin
Bohrer, Bryon
Boylan, Paula
Bublitz, Cork
Bunker, Debbi Sue
Carlson, Nicole
Chapdo, Jennifer
Crossman, Donna
Delebreau, Ken
Devine, Tom
Doell, Steve
Durkis, Heather
Dzrengeleski, Paul
Ederer, Angela
Fanlon, Rita
Fischer, Angela
Freeborn, Autumn
Gaffney, Katie
Gee, Heather
Gillen, Heather
Grangel, Lisa
Gurhitt, Philip
Haese, Cory
Haese, Katie
Hannemann, Scott
Henry, Dustin
Hendricks, Becky
Higgins, Kristin
Hoplin, Dwyer Andrew
Johnson, Jessica
Klister, Shelly
Krull, Ashley
Labrec, Jason
Leich, Tim

Massie, Conner
Matzdorf, Sara
Meinen, Katie
Meulemans, Kacy
Mihalski, Caroline
Moser, Ashley
Mueller, Traci
Bowcin, Carrie Juans
Gerend, Michelle
Graber, Elizbth
Gruszynski, Lyzon
Hacker, Ann
Haase, Craig
Hanaway, Sean
Hansen, Angela
Hein, Michele
Herrick, Anna
Honyman, Carrie
Johnson, Brata
Johnson, Julie
Klister, Steve
Kuhn, Betsy
Laledci, Chelsea
Luddke, Rebecca
Markzehl, Jeff Jordan
Mattson, Melissa
McDonald, Jamie
Merckx, Chris
Mantelman, Lyle
Moganieu, Kathy
Mueller, Miranda
Nauro, Dawn
Noskowiak, Kelsey

Olsen, Mike
Paulsen, Billie
Penkerman, Laura
Pierce, Sarah
Pedzanski, Liz
Poleczyk, Mason
Prey, Kau
Radke, Steg
Reeb, Amy
Riha, Shari
Rubens, White
Sabor, Matt
Schaech, Jodi
Schmidt, Jennie
Schultz, Jen
Smith, Jessica
Starch, Pam
Suber, Otto
Thompson, Scott
Tilt, Jennifer
Van Den Huven, Andrea
Van Remortel, Ali
Van Rossum, Meg
Nelson, Sarah
Olson, Jessica
Osty, Kathe
Rich, Jill
Peterson, Nicole
Pinchart, Brian
Poelcker, Ellisen
Post, Ashley
Pradell, Hannah
Radue, Ede
Read, Amy
Risher, Jill
Ruting, Ben
Sanderfoot-McNulty, Angela
Schall, Erin

Schotleck, Kimberly
Skaletski, Shannon
Snyder, Hil
Stumpf, Sarah
Svoboda, Terri
Tobildo, Hannah
Van Handel, Rachel
Van Rossum, Beth
Van Zeeland, Stephanie
VanAbsten, Quinn
Vandyke, Lou
Waid, Jacky
Welhouse, Lesh
Wilson, Jennifer
Winkler, Dave
Wishart, Debbie
Zaborn, Troy
VenCamp, Don
Wanie, Wendi
Wegner, Danelle
Whitman, Kristin
Winiecki, Tristan
Wurrich, Matthew
Zastrow, Boyd

Legal defendant(s) right to police protection/right to be housed revoked T to be hungel Take pictures
Legal citizenship, right for case to be heard, right for fair trial, freedom of speech, right to a lawyer revoked
(term) and conditions are subject to change. Lickine Everwait

Plaintiff,
Leonard McWhithergas

-vs-

[Defendant] United Nations                                    Case number

United School District of Antigo — Wisconsin          Argyle School District — Wisconsin

Allright, Jessica          Darr, Ashly                    Aalgaard, Lisa          Gambart, Heidi
Arlen, Michelle            Doctor, Beth                   Bockland, Jenn          Gould, Michelle
Babbler, Jina              Anderson, Ann                  Bass, Shawn             Johnson, Sandra
Bara, Kaali                Babino, Cheryl                 Crejon, Tami            Kremer, Tammy
Bauknecht-Hofner, Michelle Basinski, Jodi                Droesler, Cathrine      Leary, Jill
Beattie, Thomas            Bavr, Deborah                  Ehrlich, Jeff           Leopold, Jenn
Dehrendt, Brenna           Beabe, Jona                    Flannery, Katie         Martin, Jessie
Benickty, Cib              Behm, Jennifer                 Gohlcgen, Debra         Mathys, Susie
Berg, Luise                Belling, August                Matthill, Danielle      Nible, Rich
Blood, Michael             Beren, Samantha                Koeller, Greg           Peterson, Keith
Borkhert, Christine        Berker, Heather                Lawrier, Bob            Rut, Judy
Bauman, Virginia           Belcks, Alysa                  Leonard, Megan          Sies, Amber
Brawn, Bobbi               Berluce, Barb                  Leasing, Deters         Smith, Mikab
Brosker, Nictole           Bradley, Kevin                 Marti, Jordan           Traythorst, Glenda
Brawn, Barb                Brisby, Marcia                 Montgomery, Carann      Wiegel, Kay
Baker, Marie               Brawn, Alexandra               Peterson, JoAnn         Wunschel, Wendy
Burger, Courtney           Bugni, Nancy                   Phell, Laurie           Zububuhler, Mis
Caroni, Shelly             Bull, Henry                    Ruyrden, Jen
Chroje, Jim                Busse, Ingrid                  Sleter, Jolene
Clark, Rhonda              Carpenter, Jenn                Stomm, Kim
Cox, Danielle              Churchill, Ray                 Welch, Shelley
Curran, Dave               Couillard, Elizabeth           Westman, Jessica
Dahms, Amy                 Crain, Angel                   Yaeger, Amosa
                           Czernoski, Lyn                 Berandt, Mike
                           Domitz, Amber                  Bower, Pauley
                           Darr, Linda                    Cerhet, Jordan
                           Decker, Jonathan               Dammen, Amy
                                                          Easterday, Kurt
                                                          Erickson, Kayla

Terms and Conditions are subject to change Without Covenant

Plaintiff Jermond M. Witherspoon    vs    Defendant(s) United Nations    case number:

## Hyoming School District – Wisconsin

Katie Servi
Shelly Anderson
Jamie Zimmerman
Sharona Andres
Karen Bishop
Charlie Brett
Kamli Brett
Kelly Brett
Rosemary Clark
Sherry DeBaker
Jean Dunning
Kayla Donut
Courtny Braniu
Melonie Braniu
Camann Brunauld
Sandy Heber
Lyndsay Harmann
Ashley Herd
Whitney Herman
Sue Jerabek
Angela Kasperski
Elisabeth Humpxxx
Denny Kover
Emily Krueger
Phillip Krueger
Meda Kruy
Jackie Labotte
Cindy Labotte

Time Medson
Jennifer Mossy
Dianne McClure
Ellen Merkens
Kelly Neill
Megan Neveau
Johnathon Nowak
Rebecca Novak
Marie ott
Andria Philips
Rachel Price
Logan Rankin
Sheri Reinhart
Amy Rismeyer
Jackie Robinson
Jamie Planign
Madison Robertson
Stephanie Robertson
Jamie Salzsiader
Jake Schmidt
Danielle Schultz
Kayden Shaw
Shauna Slaby
Tammy Smith
Katie Strutz
Gail Teddy
Theresa Tanck
Megan Tenlechke
Rachel Vandermouse
Hayley Vaske

Nathan Abel
Remy Lenberger
Abigail Robinson
Teri VanLoken

Take Pictures
To be harged / police production / fair housing / freedom of speach / right for case to b heard revoked
Terms and conditions are subject to change without Government

Plaintiff,                          vs    Defendant(s)                    (Case Number)
Jamal M. Witherspoon                      United Nations

**Arbor Vitae–Woodruff School District 1J**          **Woodlands School Inc**

| | | |
|---|---|---|
| Malinda Babl | Laurie Hueblkemp | Lisa Sisewind |
| Mark Barclo | Gretchen Istocka | Laurie Smith |
| Wendy Beauchune | Linnea Taclien | Jocelyn Smith |
| Terri Beeland | Megan Jacqw | Perry Smith |
| Annie Berryman | bethany Johnsn | Shannon Steurer |
| Lauren Bevordort | Jeremy Jorgensen | Amy Stepec |
| Maggie Bixby | Erin Jorgensen | Nicole Sten |
| Gwen Bodmer | Susan Turner | Candice Strand |
| Stephen Boeren | Robert Turner | Leleigh Storch |
| Sadie Bogner | Jennifer Karlen | Barbara Suozzi |
| Pam Boronczyk | Leah Koenig | Kelsie Sylveran |
| Abby Brocks | Gene Kolzen | Rachel Thus |
| Katelyn Bull | Ginny Kopp | Deb Trebert |
| Laurie Byke | Erica Kruger | Kaitlyn Troyer |
| Jenee Carorelli | Alicia Kukula | Jennifer Ulrich |
| Candace Clark | Jenny Lobary | Jackie Unnedy |
| Joan Courtny | Marcel LaFounten | Matthew Volkman |
| Chad Curty | Ginny Lombrecht | Blaine Wankes |
| Jeremy Eduard | Patti Maine | Dave Wiltzius |
| Patti Farrel | Lissa McMahn | Sue Wingo |
| April Felch | Jean Meskelle | Tina Wolf |
| Laura Fiolo | Jacob Meskelle | Moya Woods |
| Rich Porter | Sheila Nagel | Kris York |
| Aubrey Gliscznski | Kelsey Nargem | |
| Amber Haling | Kathleen Peagram | |
| Tiffany Handrich | Liz Reuss | |
| Mary Hanken | Joel Kobinu | |
| Michelle Hinkun | Jennifer Savel | |
| Bruce Hinkun | Holly Schmitz | |
| Krysten Hintz | Deb Schneider | |
| | Brenda Schramm | |
| | Brenda Senrett | |

| | |
|---|---|
| Bailey, Amanda | Kearny, Mehera |
| Blackburn, Caroline | Kellogg, Maggie |
| Brimm-burkey, Vickie | Kendichi, Michelle |
| Brunner, AJ. | Kopichter, Ro |
| Buchanon, Deb | La Torge, Mary Jane |
| Bunke, Kat | Lee, Mary |
| Caldwell, Valencia | Lewis, Cynthia |
| Cerosili, Amber | Long, Brenda |
| Chenother, Amy | Lord, Matthew |
| Chavo, Paulo | Mabini, Heather |
| Cole, Jacob | Mallett, Stephanie |
| Collins, Christina | Mckanna, Kelly |
| Cinner, Charmicis | McMahon, John |
| Douro, Anne | McNamara, Michele |
| Dill-Wilh, Terra | Menefee, Mackenzie |
| Donnelly, Erin | Mulvey, Patrick |
| Dunn, Mckenzie | Neumann, Katrina |
| Earle, Michelle | Pojot, Danielle |
| Fare, Amy | Pellenz, Catherine |
| Flitsche, Taylir | Pfeiffer, Renee |
| Gerbineau, Brian | Pike, Sue |
| Gezzenz, Roselie | Pointer, Mae Michael |
| Gipson, Danielle | Prangova, Jenna |
| Gomez, Arriane | Podamen, Christine |
| Gnan, Meghan | Russell, Elizabeth |
| Hamm, Erin | Sethe, Elene |
| Hanson, Emma | Schal, Alyssa |
| Harper, Megan | Schmiedel, Jean |
| Honuski, Stephanie | Schultz, Heather |
| Hemkez, Vicki | Simons, Alisa |
| Huber, Arial | Sokolewcz, Diana |
| Jefferson, Tasha | Hosiner-Hatlinger, Melisa |
| Johnson, Megan | Wanezek, Erin |
| Juszczak, Linda | Want, Raethe |
| Kalhoxen, Mary | Weg, Tina |
| | Wittlem, Amy |
| | Zablar, Melanie |
| | Zacher, Brooke |
| | Zylstra, Lesly |

To be honored Take Pictures
Listed defendant/plaintiff to police protection, fair housing case to be heard, a fair trial freedom of speech secured
Terms and conditions are subject to change. Motion Granted

Plaintiff
Desmond M. Witherspoon    vs

Defendant(s)
United Nations

Case number

Tomorrow-Union Center School District

Tonnenneuc-Union Center School District

Belsky, Johnathan
Goldman, Dale (Barnes)
Bensch, Clara
Filek, Jennifer
Bradley, Peggy
Clark, Stacey
Desiree, Shelly
Eanie, Sharon
Fry, Raymond
Gehri, Melissa
Halverson, Nicki
Hill, Kristi
Conkey, Ann
Miller, Jackie
Needham, Trey
Ohrt, Josh
Preuss, Jennade
Rich, Chad
Savage, Kelli
Schroeder, Palmer
Sheehan, Richard
Stuckart, Wesley
Thompson, Sally
Vitcenda, Marie
Wolfe, Jeff
Baker, Stephanie
Bauer, Kody

Bonser, Maddie
Beizlanger, Gregory
Brochman, Kaitlin
Donohue, Megan
Duley, Amanda
Erdel, Dawn
Gehri, Belinda
Grover, Dion
Herek, Melissa
Hoot, Mary
Madeir, Tamie
Mortimer, Steve
Mull, Michelle
Osborne, Laurie
Preuss, Megan
Loehnlon, Lisa
Schroutnagel, Tom
Sheahan, Jean
Shields, Meagan
Thompson, Melissa
Tierum, Wendy
Wolfe, Amanda
Walker, Nancy
Welde, Jodi
Winkler, Leeigh
Wyman, Patti
Winchel, Jason
Wenig, Kurt
Zirk, Louise

Wittenberg-Birnamwood School District  R-S

Alcantara, Patrick
Antonia (Tonn)
Bagley, Debbie
Barke, Heather
Bauch, Rachel
Beilke, Erica
Berndt, Jackie
Bloch, Annette
Brandt, Erika
Bremer, Judy
Carlson, Holly
Creszkiewicz, Jody
Delforge, Stacey
Ebert, Mark
Everasthy, Alexandra
Flees, Brenda
Fradrich, Joanne
Gaedtke, Lane
Geiske, Meagan
Gatt, Nicole
Gretzlock, Peggy
Gruber, Stephanie
Hahn, Kari
Hartleben, Joy
Hedrick, Jennifer
Andreschke, Joan
Bacon, Tina
Balliett, Mike
Benstatti, Chris
Behnke, Cathy
Beren, Terri
Berndt, Randy
Bohan, Lowell
Brauer, Dottuy
Brunett, Keven
Christian, Matthew

Clark, Julie
Easter, Cathy
Engelko, Naomi
Fricher, Jessica
Fraase, Cheryl
Fuller, Patrick
Gaudeman, Melvin
Goerlinger, Gene
Gottschalk, Marcie
Groshek, Sherry
Hess, Vickie
Hansen, Erin
Hess, Bill
Hedtke, Ashley
Hegewald, Elizabeth
Hintz, Alex
Holsey, Bernard
Johnny, Kelly
Justen, Brian
Kopitz, Don
Leeno, Tracy
Leisken, Chandel
Ling, Mikayla
Klumpyan, Lauri
Forbisch, Renee
Kronenberg, Jennifer
Kulas, Chris
Landorski, Wendy
Carlson, Kendra
Mallak, Jodi
Martin, Julie
Matsche, Kari
Meuerden, Amy
Meade, Kimberly
Morthinsen, Jean
Mathis, Clark
Meier, Chris

Mary, Quinn
Heinrich, John
Hottman, Dottie
Hosler, Crystal
Hotel
Dolde, Kathrine
Kallio, Dave
Kautzman, Kate
Kakula, Joan
King, Mary
Klhenski, Tami
Kovalo, Emily
Krolow, Don
Kewlly, Shirley
Ladiko, Joseph
Lindwehr, Bridget
Linke, Teryona
Marks, Megan
Martinez, Michelle
McPhal, Caleb
Menonti, Kelly
Miller, Kandice
Mogenbers, Jody
Myscha, Cheryl
Natzke, Joyce
Millissan, Primo
Nueske, Carrie
Olsen, Janet
Opper, John
Ostrowski, Jay

Take Pictures
Listed defendant(s) to be illegal police protection/right to fair housing/freedom of speech (right to adorn free) mental
Terms and conditions are subject to change later document

Plaintiff,                          vs        Defendant(s)                    Case number:
Raymond M. Luthergen                          United Nations

**Whitefish Bay School District Inc.**

Krzyzkowski, Brandon    Mattheucci, Elise    Osborne, Heather    Ruch, Rachel
Kubicki, Kelly    Matthews, Trey    Owen, Josiah    S. Erin    Styke, Sarah
Kuehn, Megan    McCollum, Marissa    Pomilski, Nick    Sakar, Tamara    Suchinski, Noah
La Duke, Clarissa    Medved, Cassie    Prquismt, Amy    Solomon, Rebecca    Sechting, Elvis
Launecke, Laura    Merlo, Dylan    Peterson, Jonathan    Semple, Alissa    Suessland, Sarah
Lazowski, Kevin    Mevus, Peter    Petersen, Katie    Schaefer, Kim    Sukonsky, Megan
Leahy, Jessica    Meyer, Rene    Peterson, Brice    Schwan, Terry    Sthturhal, Ruth
Leckie, Rachel    Middendorf, Jessica    Peckerson, Gabriela    Schmidt, Donna    Swanson, Pam
LeGrand, Kelly    Mike, Tracy    Phillips, Nancy    Schmidt, Felix    Siyenut, Heather
Lemke, Jim    Mikkelson, Christina    Pistel, Julie    Schmitz-Buechler, Amy
Levely, Ann    Millord, Sarah    Podlonitz, Glenn    Schneider, Eva    Tahlman, Hannah
Lechte, Jennifer    Miller, Tore    Polzin, Syding    Schmoiser, Katherine    Teuschar, Caroline
Linger, Deb    Miller, Melida    Purdy, Sue    Schneider, Leah    Teipel, Joanne
Lindell, Hannah    Minkin, Lynn    Quisenbern, Libby    Schieu, Brenda    Thompson, Kristy
Link, Lisa    Monsees, Nick    Laehlous, Scott    Schultz, Elizabeth    Thompson, Mary
Logon, Linnea    Monegel, Penny    Radbickey, Julie    Schwartzmann, Danielle
Luno, Tina    Mooney, Michele    Rasmussen, Mary    Scott, Rachna    Thomson, John
Luther, Jacquelin    Merrill, Kirk    Reid, Hannah    Sechty, Cosse    Thomas, Karin
Lynch, Robby    Morse-Cairns, Mary    Reich, Dione    Seibel, Brenda    Timmmann, Bates
Mackey, Emily    Mueller, Tiwana    Reitman, Kevin    Shauds, Steve
Maclly, Rebecca    Murphy, Meg    Reynolds, Adam    Sibbernsen, Patty    Toffe, Erica
Madsen, Kona    Nakaselli, Brittny    Ribacek, Bradley    Skinner, Matt    Trash, Jeff
Maier, Cindi    Niemuth, Danielle    Rice, Emily    S. Kaylunis, Lisa
Malula, Shannon    Noori, Carolyn    Richberger-Cloud, Abbey    Sohn, Keith
Mdcon, Brett    Nowinski, Nikki    Redl, Julia    Spankarshi, Jen
Mall mann, Valerie    O'Hagan, Torie    Eblott, Becky    Spencer, ET
Maner, Brent    O'Leary, Zoe       Stadler, Rebecca
Markakoski, Melanie       Domeni, Richard    Stefan, Walter
Martinez-De La Cetera, Ruben    O'Neill, Kelly    Zannich, Amanda    Stefanik, Christian
Martinez-De La Cetera, Eladio    O'barri, Grimm    Zaje, Matthew    Stevenson, Caroline
Merrik, Tim    O'Connor, Mike    Rose, Desiree    Stradman, Jeff
   Opelt, Jennifer    Routhier, Pam    Stokes, Lotterell
         Stremlau, Mary

To be housed / Take pictures
Luthel dedudodit right + plece prtection for housing / case to be heard / fair trial reached
Terms and conditions are subject to change when Covenant

Plaintiff                          vs    Defendant(s)                    Case number
Leonard M. Witherspoon                    United Nations

Sharon Cruz

Wuttenberg International School          Whitmill School District

Partridge, Cathy      Schmidt, Liss           Lisa Osca
Piate, Alexa          Schmidbach, Kris         Kathy Williams
Pickell, Reba         Sorano, Gabby            Jackie Winter
Roesch, Jill          Steyerwald, Nicole       John Duhr
Ken Becky             Sweatinger, Sara         Jenn Gennerman
Reynolds, Amy         Wenta, Tiffany           Cindy Mixon
Rocka, Stacy          Wendel, Rebyea           Charles Tollefson
Riedeen, Jth          Wesilowski, Colleen      Russ Tillman
Schmidt, Kelly        Yaeger, Cindy            Chris Di Acquisto
Schmidt, Sandy        Zeinert, Keith           Ryan Relich
Smith, Sally                                   Miss Zei
Stadler, Tulane                                Kim Trendel
Suasi, Ruth                                    Lori Komar
Uttrecht, Sara                                 Ryan Gran
Weller, Dianne                                 Jonathan Cayle
Wendler, Dave                                  Quinn Brunett
Wich, Kevin                                    Kevin Stachowiak
Yaeger, Paul                                   Steven Lutz
Olsen, Johnathan                               Karen Nikolaous
Osterbrink, Marnie                             Jesse Stechowiak
Parker, Tammy                                  Nancy Zaborowski
Peterson, Pam
Pritzl, Jenny
Rabas, Debra
Resch, Waylen
Rew, Brian
Riech, Jason
Rosowski, Garrett
Schider, Alecia

To be hanged / Take Pictures / right for case to be heard / fair trial needed
Terms and condition are subject to change. Leonard Concerned

Plaintiff                        vs        Defendant(s)                    Case Number
Desmond M. Witherspoon                     United Nations

Albany School District

| | | |
|---|---|---|
| William Trow | Hela Ryan | Jim Briggs |
| Douglas Nowak | James Schwab | Bruce Wilz |
| Kari Steck | Andrea Ursaner | Debbie Kank |
| Sarah Ude | Amber Brecher | Brenda Armitage |
| Nicole Bremer | Britni Cohen-Wichner | Katelyn Kauk |
| Brittney Harris | Angela Davies | Lacey Lightly |
| Rochelle Cashman | Melissa Everson | Lynne Herrli |
| Traci Crain | Ryan Fisher | Tyler Bartels |
| Melanie Inabnit-Bakkam | Hannah Grant | Shari Borgat |
| Kari Speckman | Erika Kiesling | Robin Stewart |
| Sara Freidag | Roxanne Kolarch | Chelsie Luedy |
| Rebecca Searls | Tiffany Loften | |
| Cheryl Bentelli | Meiner Liggett | |
| Brenda Bakken | Savanna Nuttusheim | |
| Bryce Braughton | Jill Schott | |
| Jeff Campbell | Megan Schulz | |
| Peter Diedrich | Rachel Sebold | |
| Derik Doescher | Bonnie Wallin | |
| Pat Foley | Heidi Bolton | |
| Darling McDonald | Ted Buettner | |
| Sonja Nienhaus | Debbie Butts | |
| Jenna Noonan | Kyrie Decker | |
| Morgan Przybyla | Amanda Graebner | |
| Alicia Russell | Jolene Mooten | |
| Amanda Ryan | Liz Neimeier | |
| | Barbara Loot-brunroo | |
| | Rebecca Nelson | |
| | Wendy Price | |
| | Marah Walz | |
| | Rich Wachhole | |

Take Pictures
B  De  hansel (Police Protection / Fair housing / freedom of speech / right for case to be heard needed
Terms and conditions au subject to change Wilw favorite

Plaintiff.
Desmond M. Witherspoon

vs    Defendant(s)
United Nations

Case Number:

Whitefish Bay School District "A"    White Lake School District "A"

Trimborn, Lauren
Tyk, Kate
Tyler, Ginger
Wrezelski, Craig
Vassell, Genevieve
Vehmeyer, Danelle
Vollmer, Brianna
Von Baumgarten, Chris
Vondra, Liss
Walker, Kristyn
Ward, Dominique
Weber, Becca
Weiss, Judy
Wepfer, Jack
Werner, Jodi
West, Margaret
Wiechert, Nathan
Widditsch, Peg
Wreland, Ric
Wilhelm, Katie
Williams, Scott
Willig, Ashley
Winthiser, Jessica
Wollner, Sara
Walter, Jacob
Woodzicka, Deb
Wozello, Deb
Wurzer, Kelly

Yanisch, Mark
Yearbrough, Kate
Yaun, Sara
Yde, Shawn
Yeager, Jacqueline
Zawlos, Ruth
Zehren, Mike
Zommer, Kristi
Zubi, Mary
Zupek, Greg
Cindi, Maier
Stacy, Cohen

N. Hanson
J. Manfeld
A. Pafuri
A. DePas
C. Strohl
M. Andersen
J. Banknecht
D. Bedah
J. Dunn
M. Gerke
S. Gallagher
J. Harold
R. Hauck
G. Kuzinen
K. Kaehler
E. Kallman
C. Lindgren
G. Maule
A. Ozmon
J. Pncbzski
I. Schuman
J. Selisker
M. Stray
T. Sward
N. Casabella
F. Hitz
T. Holbrook
L. Kubachi
P. Kay
P. Vehkuthner
A. Maddox
S. Schultz
M. Allen
A. Miccoli
S. Krause
J. McCarthy

To be housed. Take Pictures.
Listed defendant(s) to be housed. Police Protection/fair housing/Freedom of speech/right for case to be heard sooner.
Terms and conditions are subject to change. Unless covered.

Cox puerto

Plaintiff
Desmond M. Duffsergen
DebinLeitHN

local 1549 125 Barclay 1st New York, NY 10007

Eddie Rodriguez
Alma Roper
Jim Hamlin-McLeod
Jamasa Johnson
Felix Casper
Rhonda Myers
Lionel Layne
Debbie Ann Gutierrea
Felix Carmen
Chrystle Bullock
Michael Butts
Monique Brown
Melissa Tirado
Lydia Alexis
Jodi McMillan
Stephenie Ramirez
Rennie Harris
Yamaira Malave
Vanessa Curry
Rakael Gonzalez-Thompson
Luciano A Bull
Dominique Edmonds
Della Simmons
Mora Singletary
Jennifer Sapers
Scott Boswell

Grandchildren of members

Amaya T Caliste
Joseph Khannu
Charlie Oxley
Devin D Flores
Shannah West
Mariela Carpio
Denirel Pierre
Sierra Williams

Alvin Carter
Aristeyder Estrella-Skinner
Brenda Walker
Carolyn Askew
Cheryl Drew
Cynthia Tucker
Debi Gutierrez
    Deborah Diggs
    Debra Brathwaite
    Evelyn Frazu
Felice Robertson
Geraldine Obrien
Jamesa Johnson
Jeffery Usher
Jodi McMillan
Lawanna Jenkins
Kenny Reid
Lorenzo Sheppard
Luz Gonzalez
Marilyn Steyer
Mark Gorman
Mark Lee Brew
Melanie Las
Melysa Butler
Mira Little
Mariqule Brown
Oscar Alvarado
Pam Saye

Prince D McEachen
Ralph Palladino
Renee Le Braew
Savisa Gaines
Steven Bencher
Tammye Bowen
Tim Folk
Vincent Chuer
Wanda Williams
Wilhemena Supp
Yolatte Brown
Eric Adams-Mayer
Brian Benjamin-Campbell
Jumanne Williams-Public Advocate
Caridad Sultana-Grievance Rp
Linda Bullock
Donna McDuffie
Tommy Johnson

To be honored Take Pictures
To provide Names of Moms, Dads, Brothers, sisters, Aunts, Uncles, Grandparents, In-laws
Fair trial, right for case to be heard, right to appeal revisited To be honored Take Pictures
Fair Labor, Fair hearing, Freedom of Speech, Pursuit of Happiness, right to a lawyer revisited
Terms and conditions are subject to change. Listing Garment