UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND WITHERSPOON,

                Plaintiff,

-against-

UNITED NATIONS, ET AL.,

                Defendants.

22-CV-1535 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On June 30, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the June 30, 2015 order.

    The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. This order closes the action.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:  February 24, 2022
           New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                        Chief United States District Judge