UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESMOND WITHERSPOON,

                Plaintiff,

-against-

UNITED NATIONS, ET AL.,

                Defendants.

22-CV-1535 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 24, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 30, 2015 order in *Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 24, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge