UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESMOND WITHERSPOON,<br><br>                                     Plaintiff,<br><br>              -against-<br><br>UNITED NATIONS, ET AL.,<br><br>                                     Defendants. | 22-CV-1535 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 4, 2022, the Court dismissed this action without prejudice because Plaintiff is barred from filing any new action *in forma pauperis* without first obtaining from the Court leave to file, *Witherspoon v. Rivera*, No. 15-CV-4328 (LAP) (S.D.N.Y. June 30, 2015), and he had not sought or obtained leave to file this action.

After judgment entered in this action, Plaintiff filed an application to "add an attachment." (ECF 5.) The attachment consists of a nearly illegible list of numbers and words. Because this action is closed, the Court denies Plaintiff's request to submit additional documents.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 8, 2024
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                      Chief United States District Judge